```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0215--CV (JKS)
              "SUSAN L. WINTON V NORTHAMERICAN VAN LINES ET"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 09/01/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (190) Other contract actions
                    LIABILITY OF CARIER PROVIDING SERVICES
            Origin: (2) Removed from State Court
            Demand: 1516
        Filing fee: Paid $250.00 on 09/01/05 receipt # 00126497
          Trial by: Jury
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | WINTON, SUSAN | Susan L. Winton<br>Pro Per<br>909 West 80th Avenue<br>Anchorage, AK 99518<br>907-344-4511 |
| DEF 1.1 | NORTHAMERICAN VAN LINES INC | Clay A. Young<br>Delaney Wiles et al<br>1007 W. 3rd Avenue, Suite 400<br>Anchorage, AK 99501<br>907-279-3581<br>FAX 907-277-1331 |
| DEF 2.1 | FLORIDA MOVING SYSTEMS INC | Clay A. Young<br>(see above) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A05-0215--CV (JKS)
                      "SUSAN L. WINTON V NORTHAMERICAN VAN LINES ET"

                                    For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 09/01/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (190) Other contract actions
                    LIABILITY OF CARIER PROVIDING SERVICES
            Origin: (2) Removed from State Court
            Demand: 1516
        Filing fee: Paid $250.00 on 09/01/05 receipt # 00126497
          Trial by: Jury


 Document #   Filed     Docket text

     1 -  1  09/01/05  DEF 1-2 Notice of Removal from state court case no. 3AN-05-8108CI w/att
                       exhs.

     1 -  2  09/01/05  PLF 1; DEF 1-2 Jury Demand.

     2 -  1  09/01/05  DEF 1-2 motion to dismiss w/att exhs.

     3 -  1  09/06/05  JKS Minute Order to Petitioners Subsequent to Removal.  Petitioners to
                       file w/crt w/i 10 days copies of state crt docs & svc list. cc: cnsl

     4 -  1  09/12/05  DEF 1-2 Notice of state crt records & proceedings w/att exh.

     4 -  2  09/12/05  DEF 1-2 Service List.

     5 -  1  09/13/05  JKS Order re ck to send from PS12 & cy of pro se handbook to plf. cc:
                       cnsl

     6 -  1  09/19/05  PLF 1 opposition to DEF 1-2 motion to dismiss (2-1).

     6 -  2  09/19/05  PLF 1 opposition to defs' notice of removal.

     7 -  1  09/22/05  PLF 1 Return of Service Executed re: DEF 1 (Customer Claims Rep)
                       8/23/05; DEF 2 on 8/24/05 & DEF 1 (President) on 8/26/05.

     8 -  1  09/29/05  DEF 1-2 reply to opposition to DEF 1-2 motion to dismiss (2-1).

     8 -  2  09/29/05  DEF 1-2 reply to opposition to D1-2 notice of removal.
```