# Cost Estimate

**Customer:** Susan Winter
**Agent:** Florida Mv Sept **Code:** 1680 **Date:** 3/5/02
**Origin Address:** **City:** Jacksonville **ST:** FL **Phone:**
**Dest. Address:** **City:** Seattle **ST:** WA

☐ GP ☐ CNTE

### Weight Detail
| | #1 | #2 | Weight Add Description |
|---|---|---|---|
| Est HHGS | | | |
| Auto | | | |
| Wgt Add | | | |
| TOTAL | | | |

CUSTOMER ACKNOWLEDGES LIABILITY FOR PAYMENT AT DELIVERY OF THE FOLLOWING SERVICES LISTED BELOW AND/OR MARKED "NABE" (NOT AUTHORIZED BY EMPLOYER):

Bulky Items:
Valuation OVER $ _____ or $ _____ /lb   Appliance Service: Carrier ☐  3rd Party ☐
3rd Pty Svcs:

### Carton Detail / Materials / Packing / Unpacking / Storage in Transit

(table mostly blank)

### Transportation Charge
Zip2Zip: **Wg:** 3800

### Charges
| | TOTAL CHARGE | DISC | NET | Code |
|---|---|---|---|---|
| SIT | | | | |
| SIT VAL | | | | NAVL |
| TRANS CHG → | 7074.00 | | | |
| | | | | NAVL |

Valuation: ☒ $0.60

Appliances: ORIG W D Ice **none** DEST W D Ice
C (Add'l Trans Cost) Origin: 7.50 → 95.00
C Destination: 3.43 → 131.00

3% IP surcharge → 42.00
1% fuel surcharge → 70.74

7512.74 / 65% = 2630.00
**GRAND TOTAL:** 2630.00

Estimator: Jerry A. Houseman