# STORAGE CONTRACT

## FLORIDA MOVING SYSTEMS, INC.
### "Your Florida Moving Specialists"
280 NORTH DRIVE
MELBOURNE, FL 32934
(407) 259-4330     (800) 283-MOVE

No. 55138

_____, 19___

Name of Depositor: **Susan Winton**     Tel _____
Address: **StG Depot USA, Indialantic, Fl.**     Apt _____
Call to pack on: **3/7/02**     Send on _____ to remove for storage
Approximately _____ cu. ft.
To be stored at: **280 North Dr. Melbourne, Fl. 32934**

at the following rates subject to the conditions hereinafter set forth based on the value declared by the depositor.

## RATES:

| Item | Details | ESTIMATED CHARGE |
|---|---|---|
| CARTAGE IN | **1** Van **2** Men @ $____ per hr. plus ____ hr. travel time | $ **230.00** |
| ~~WAREHOUSE LABOR IN~~ @ $____ per cu. ft. **Crate** | | $ **30.00** |
| STORAGE Per Month @ $____ per cu. ft. | | $ **80.00** |
| PACKING: Barrels $___ ea. Bk. Ctns. $___ ea. Lg. Ctns. $___ ea. | | $ **171.00** |
| Boxes $___ ea. Padding $___ per cu. ft. | | $ |
| Mattress Ctns. $___ ea. Crates $___ ea. Dust Covers $___ ea. | | $ |
| RUGS-CARPETS: Dust Clean @ ___ per sq. ft. Shampoo @ ___ per sq. ft. | | |
| Moth Pack @ ___ per sq. ft. | | $ |

Unless a greater valuation is stated herein, the depositor or owner declares that the value in case of loss or damage arising out of storage, transportation, packing, unpacking, fumigation, cleaning or handling of the goods and the liability of the company for any cause for which it may be liable for each or any piece or package and the contents thereof does not exceed and is limited to 60¢ per lb. per article, or for the entire contents of the entire storage lot does not exceed and is limited to $2,000, upon which declared or agreed value the rates are based, the depositor or owner having been given the opportunity to declare a higher valuation without limitation in case of loss or damage from any cause which would make the company liable to pay the higher rate based thereon.

INSURANCE VALUATION $ **.60 per pd.** @ ____ per $100.00 ____     $ ____
EXCESS VALUATION $ ____ @ .10 per $100 per month     $ ____
ESTIMATED TOTAL     $ **511.00 pre-paid**

SPECIAL REMARKS _____

| EXCESS VALUES | |
|---|---|
| ITEM | AMOUNT |
| | |
| | |
| | |
| | |

### READ REVERSE SIDE FOR TERMS & CONDITIONS COVERING THIS STORAGE CONTRACT
### STORAGE RATES DO NOT INCLUDE INSURANCE COVERAGE

COPY OF THIS CONTRACT RECEIVED

Permanent Address _____
Signature **Susan Winton**
(Owner or Authorized Agent)
Accepted by _____
For **FLORIDA MOVING SYSTEMS, INC.**

EXHIBIT **B**
Page **1** of **2**

MILBIN PRINTING, INC., 1290 MOTOR PKWY, HAUPPAUGE, NY 11788 (516) 582-8900
Form 260 B

(4)

**STORAGE CONTRACT**
FMS5138
COPY Nº

**FLORIDA MOVING SYSTEMS, INC.**
"Your Florida Moving Specialists"
280 NORTH DRIVE
MELBOURNE, FL 32934
(407) 259-4330    (800) 283-MOVE

_____ 19____

Name of Depositor  Susan Winton                    Tel _____
Address  HG Depot USA, Indialantic, Fl.           Apt. _____
Call to pack on  3/7/02           Send on _____ to remove for storage
Approximately _____ cu. ft. _____
To be stored at  280 North Dr. Melbourne, Fl. 32934

at the following rates subject to the conditions hereinafter set forth based on the value declared by the depositor.

**RATES:**                                                                  **ESTIMATED CHARGE:**

CARTAGE IN  1  Van  2  Men @ $ _____ per hr. plus _____ hr. travel time    $ 230.00
~~WAREHOUSE LABOR IN~~ @ $ _____ ~~per cu. ft.~~  Crate                    $ 30.00 *
STORAGE Per Month @ $ _____ per cu. ft. _____                              $ 80.00
PACKING:  Barrels $ ___ ea.  Bk. Ctns. $ ___ ea.  Lg. Ctns. $ ___ ea.      $ 171.00 ✓
          Boxes $ ___ ea.  Padding $ ___ per cu. ft. _____
Mattress Ctns. $ ___ ea.  Crates $ ___ ea.  Dust Covers $ ___ ea.
RUGS-CARPETS: Dust Clean @ _____ per sq. ft.  Shampoo @ _____ per sq. ft.
              Moth Pack @ _____ per sq. ft.

Unless a greater valuation is stated herein, the depositor or owner declares that the value in case of loss or damage arising out of storage, transportation, packing, unpacking, fumigation, cleaning or handling of the goods and the liability of the company for any cause for which it may be liable for each or any piece or package and the contents thereof does not exceed and is limited to 60¢ per lb. per article, or for the entire contents of the entire storage lot does not exceed and is limited to $2,000, upon which declared or agreed value the rates are based, the depositor or owner having been given the opportunity to declare a higher valuation without limitation in case of loss or damage from any cause which would make the company liable to pay the higher rate based thereon.

INSURANCE VALUATION $ .60 per pd. @ _____ per $100.00 _____              $ _____
    EXCESS VALUATION $ _____ @ .10 per $100 per month                    $ _____
                                         ESTIMATED TOTAL                 $ 511.00 prepaid

SPECIAL REMARKS _____

| EXCESS VALUES | |
|---|---|
| ITEM | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |

**READ REVERSE SIDE FOR TERMS & CONDITIONS COVERING THIS STORAGE CONTRACT**
**STORAGE RATES DO NOT INCLUDE INSURANCE COVERAGE**
COPY OF THIS CONTRACT RECEIVED

Permanent Address _____
Signature  X Susan Winton
                         (Owner or Authorized Agent)
Accepted by _____
For **FLORIDA MOVING SYSTEMS, INC.**

EXHIBIT  B
Page  2  of  2

MILBIN PRINTING, INC., 1290 MOTOR PKWY, HAUPPAUGE, NY 11788 (516) 582-8900

(5)   Form 260 B