04/24/2003 THU 2:28 FAX 321 259 4511 FLORIDA MOVING SYSTEMS ⌐003/003

04/24/2003  03:49    425-348-4223         AIR VAN N/AMERICA              PAGE  02/02

*Susan Winton*



North American Van Lines, Inc.
PO Box 988
Ft Wayne, IN 46801-0988 (260) 429-2511 MC-107012

# Estimate

| | | | |
|---|---|---|---|
| Customer | | NAVL Reference Number | |
| Origin Address | | Weight 5100  Miles 2500 | |
| City, State Zipcode | 32934 | | |
| Destination Address | | Move Date  4/24/03 | |
| Dest City, State Zip | 99501 | | |

| | Amount | Discount | Net Amount |
|---|---|---|---|
| Transportation: | | | |
| Linehaul | 12,348.06 | 7,152.84 | 5,195.22 |
| Auto Program | | | 44.63 |
| Origin Service Fee | 127.50 | 82.88 | 157.74 |
| Destination Service Fee | 304.98 | 137.24 | 5,407.59 |
| Total Transportation | 12,780.54 | 7,372.96 | 216.09 |
| Fuel Surcharge | 617.40 | 401.31 | 172.87 |
| Insurance Surcharge | 493.92 | 321.05 | - |
| Valuation  $  -  60 cents/lb | - | - | - |
| Packing Materials & Labor | | | |
| Unpacking Labor | - | - | - |
| Total Packing & Unpacking | | | |
| Other Accessorial Services: | | | |
| Extra Labor | - | - | - |
| Overtime Load & Unload | - | - | - |
| Storage-in-Transit | - | - | - |
| Drayage to/from Storage | - | - | - |
| Drayage Fuel Surcharge | - | - | - |
| Drayage Insurance Surcharge | - | - | - |
| Self Storage Warehouse | - | - | - |
| Canada Bridge and Ferry | - | - | - |
| Bulky Articles | - | - | - |
| Extra Stops | - | - | - |
| Shuttle Service | - | - | - |
| Ferry and Service Charges | - | - | - |
| 3rd Party | - | - | - |
| Other | - | - | - |
| **Total Estimate** | 13,891.87 | 8,095.32 | **5,796.55** |

| CARTON DETAIL | | | MATERIALS & PACKING Sch | 2 | N | QT | UnPacking Sch | 9 | N | QT |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | Qty | Rate | Amount | Qty | Rate | Amount | Qty | Rate | Amount | |
| Dishpack | | | | | | | | | | |
| <3.0 Carton, Sm | | | | | | | | | | |
| 3.0 Carton, Med | | | | | | | | | | |
| 4.5 Carton, Lg | | | | | | | | | | |
| 6.0 Carton, Lg | | | | | | | | | | |
| 6.5 Carton, Lg | | | | | | | | | | |
| Wardrobe Ctn | | | | | | | | | | |
| Mat Ctn, Crib | | | | | | | | | | |
| Mat Ctn, Twin/Long | | | | | | | | | | |
| Mat Ctn, Dbl | | | | | | | | | | |
| Mat Ctn, K/O | | | | | | | | | | |
| Heavy Duty | | | | | | | | | | |
| Mirror/Glass Ctn | | | | | | | | | | |
| Crate-Total CuFt | | | | | | | | | | |
| Other | | | | | | | | | | |
| TOTALS | | | | 0 | | - | 0 | | - | |

EXHIBIT  C
Page   1   of   1