# northAmerican — ORDER FOR SERVICE

P.O. BOX 988
FT. WAYNE, IN 46801-0988

MC - 107012   (260) 429-2511   (800) 348-2111   Visit us at www.navl.com

Please use this number in all correspondence
REFERENCE # 96921400

**ORIGIN INFORMATION**
Customer: WINTON
Street: 280 NORTH DR
City: MELBOURNE
Co: BREVARD   ST: FL   Zip: 32934
Day Phone/Fax: 999-999-9999
Eve Phone:
Pager/Cell Phone:
E-Mail Address:
AGREED LOAD: 04/28/03   TO 04/30/03
ACTUAL LOAD DATE:

**DESTINATION INFORMATION**
Customer: WINTON
Street: 909 W 80TH AVE
City: ANCHORAGE   99518
Co: ANCHORAG   ST: AK   Zip: 99501
Day Phone/Fax: 907-344-4511
Eve Phone:
Pager/Cell Phone:
E-Mail Address:
AGREED DELIVERY: 05/21/03   TO 06/11/03
ACTUAL DELIVERY DATE:

**AGENT INFORMATION**
Selling Agent: FLORIDA/W MELB0286  2
Code: 1680   Phone: 321-259-4330
Origin Agent: FLORIDA/W MELB0286  2
Code: 1680   Phone: 321-259-4330
Destination Agent: AIR VAN/ANCHORA275  4
City: ANCHORAGE   ST: AK
Code: 1969   Phone: 907-272-0536

Customer requests carrier to transport household goods under the terms and conditions listed on the back of the Bill Of Lading.
X Susan Winton (Customer to sign before loading)

**Estimated Charges plus 10%** (Non-Binding Estimates Only)
$5796.55   (See back)
☐ GP   ☐ GNTE   $

Safety is our 1st Move

Notice: Carrier's tariffs are incorporated by reference. See Reverse Side.

Charges payable in cash or certified check made payable in US currency to North American Van Lines, Inc.

**SIGNATURE REQUESTING SPECIAL SERVICES**
X   5000 lbs Expedited ordered by customer.
X   Deliver on or before _____
X   Exclusive Use of a _____ cu ft
     vehicle ordered (Min 1400 cf 8800 lbs)
    ☐ Space Reservation
    cu ft ordered (Min 300 cu ft 2100 lbs)

Alternate Contact: ☐ Orig  ☐ Dest
Name:
Day Phone:
Eve Phone:
Pager/Cell Phone:
E-Mail Address:

TARIFF:   GBL / PO #:
☐ GP   Cr Card Auth # _____ Amt _____
☐ NTE  ☒ NSO   NOAM #

☒☒ COD  Charges payable before delivery
INVOICE TO: Cust # _____ Name _____
Address _____
City _____ ST _____ Zip _____ Attn _____

**VALUATION STATEMENT**
CUSTOMER'S DECLARATION of VALUE — THIS IS A TARIFF LEVEL OF CARRIER LIABILITY - IT IS NOT INSURANCE
You must select, in your own handwriting one of the following two options for your shipment. The option you select establishes your mover's maximum liability for your goods, subject to the miles contained in your mover's tariff.

**OPTION 1:** Maximum Value Protection Plan. If any article is lost, destroyed or damaged while in your mover's custody, your mover will either 1) repair the article to the extent necessary to restore it to the same condition as when it was received by your mover, or pay you for the cost of such repairs; or 2) replace the article with an article of like kind and quality or pay you for the cost of such a replacement. An additional charge applies for this option.

To select Option 1, you must write on the line below, either a lump sum dollar amount for the value of your shipment that may not be less than $5000, or an amount per pound that may not be less than $5.00 per pound, whichever is greater.
The value of my shipment is: _____
You must also select one of the following deductible amounts that will apply for your shipment:
No Deductible (___)   $250 deductible (___)   $500 deductible (___)
(initial)                (initial)               (initial)

**OPTION 2:** Released Value of 60 Cents Per Pound Per Article. If any article is lost, destroyed or damaged while in your mover's custody, your mover's liability is limited to the actual weight of the lost, destroyed or damaged article multiplied by 60 cents per pound per article. This is the basic liability level and is provided at no charge. It is considerably less than the average value of household goods.

To select Option 2, you must write on the line below, the words "60 cents per pound."
The value of my shipment is: .60 per pound

Your signature is required here: I acknowledge that I have 1) declared a value for my shipment and selected a deductible amount if appropriate, and 2) received and read a copy of the mover's brochure explaining those provisions and the applicable charges.
XX Susan Winton   (Customer's Signature)   (Date)

**EXTRAORDINARY (UNUSUAL) VALUE ARTICLE DECLARATION** I acknowledge that I have prepared and retained a copy of the "Inventory of Items Valued in Excess of $100 Per Pound Per Article" that are included in my shipment and that I have given a copy of this inventory to the mover's representative. I also acknowledge that the mover's liability for loss of or damage to any article valued in excess of $100 per pound will be limited to $100 per pound for each pound of such lost or damaged article (based on actual article weight), not to exceed the declared value of the entire shipment, unless I have specifically identified such articles for which a claim for loss or damage is made on the attached inventory.
_____ (Customer's Signature)   (Date)

**STORAGE IN TRANSIT (SIT)**   S.I.T. AT ☐ ORIG  ☐ DEST   WAS THERE PARTIAL DELIVERY AT S.I.T.? ☐ YES ☐ NO
SIT CONTROL # _____   Warehouseman Accepting Shipment Into SIT _____
S.I.T. AGENT _____ CODE _____ STORAGE WEIGHT _____ LBS
CITY _____ COUNTY _____ ST _____ ZIP _____
ACTUAL STORAGE DATES:  IN __/__/__   OUT __/__/__   PICKUP/DELIVERY MILES _____

| DRIVER NAME/VEHICLE # | DRIVER CODE | WEIGHT | SET-OFF AGENT CODE | VAN TO VAN | CITY | ST |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

COMMENTS: ESTIMATED CHARGES BASED ON 5100#. ACTUAL CHARGES BASED ON ACTUAL WEIGHT AND SERVICES PROVIDED.

**CUSTOMER SIGNATURE REQUIRED ON BILL OF LADING AT TIME OF DELIVERY**

CARRIER AGREES TO TRANSPORT THE GOODS AND EFFECTS TENDERED BY THE CUSTOMER SUBJECT TO THE PRECEDING TERMS AND CONDITIONS.

X _____ Carrier/Authorized Agent
APU# _____

B/L Rated by _____
Code _____
Rated by phone ☐   Rated by FAX ☐
X _____ Driver
NAVL COPY

EXHIBIT D
Page 1 of 1 (16)
DP-9 (4-02)