# northAmerican® HOUSEHOLD GOODS BILL OF LADING

P.O. BOX 988
FT. WAYNE, IN 46801-0988
MC - 107012   (260) 429-2511   (800) 348-2111   Visit us at www.navl.com

Please use this number in all correspondence

REFERENCE # 96921408

## ORIGIN INFORMATION
Customer: WINTON
Street: 280 NORTH DR
City: MELBOURNE
Co: BREVARD  ST: FL  Zip: 32934
Day Phone/Fax: 239-777-9579
Eve. Phone:
Pager/Cell Phone:
E-Mail Address:
AGREED LOAD: 04/28/03  TO 04/30/03
ACTUAL LOAD DATE:

## DESTINATION INFORMATION
Customer: WINTON
Street: 909 W 48TH AVE
City: ANCHORAGE
Co: ANCHORAGE  ST: AK  Zip: 99501
Day Phone/Fax: 907-374-4511
Eve. Phone:
Pager/Cell Phone:
E-Mail Address:
AGREED DELIVERY: 5/23/03  TO 06/11/03
ACTUAL DELIVERY DATE:

## AGENT INFORMATION
Selling Agent: FLORIDA/W MELBO286 2
Code: 1880  Phone: 321-259-4330
Origin Agent: FLORIDA/W MELBO286 2
Code: 1880  Phone: 321-259-4330
Destination Agent: ATR VAN/ANCHORA275 4
City: ANCHORAGE  ST: AK
Code: 1963  Phone: 907-277-0536

Alternate Contact: ☐ Orig  ☐ Dest
Name:
Day Phone:
Eve. Phone:
Pager/Cell Phone:
E-Mail Address:

SIGNATURE | REQUESTING SPECIAL SERVICES
X | 5000 lbs Expedited ordered by customer
X | Deliver on or before
X | Exclusive use of a ___ sq ft vehicle ordered (Min 1400 of 8800 lbs)
  | ☐ Space Reservation
X | sq ft ordered (Min 306 cu ft 2100 lbs)

Estimated Charges plus 10% (Non-Binding Estimates Only)
$5796.55  (See back)
☐ GP  ☐ GNTE  $

Customer acknowledges, consents to and is bound by the terms and conditions listed on the back of the Bill of Lading
Customer X _____ (to be signed at Origin)
Notice: Carrier's tariffs are incorporated by reference. See Reverse Side.
☐ Customer signature not available

TARIFF: 700N
GBL / PO #:
☐ GP
☒ Cr Card Auth # 123583  Amt 4500.00
☐ NTE  ☒ NSO  NOAM #

Charges payable in cash or certified check made payable in US currency to North American Van Lines, Inc.

☒ COD
Charges payable before delivery

INVOICE TO: Cust # ___ Name ___
Address ___
City ___ ST ___ Zip ___ Attn ___

## VALUATION STATEMENT
CUSTOMER'S DECLARATION of VALUE — THIS IS A TARIFF LEVEL OF CARRIER LIABILITY - IT IS NOT INSURANCE
You must select, in your own handwriting one of the following two options for your shipment. The option you select establishes your mover's maximum liability for your goods, subject to the rules contained in your mover's tariff.

**OPTION 1: Maximum Value Protection Plan.** If any article is lost, destroyed or damaged while in your mover's custody, your mover will either 1) repair the article to the extent necessary to restore it to the same condition as when it was received by your mover, or 2) pay you for the cost of such repairs; or 3) replace the article with an article of like kind and quality or pay you for the cost of such a replacement. An additional charge applies for this option.

To select Option 1, you must write on the line below, either a lump sum dollar amount for the value of your shipment that may not be less than $5600, or an amount per pound that may not be less than $5.60 per pound, whichever is greater.
The value of my shipment is:
You must also select one of the following deductible amounts that will apply for your shipment:
No Deductible (___)  $250 deductible (___)  $500 deductible (___)
   (initial)           (initial)             (initial)

**OPTION 2: Released Value of 60 Cents Per Pound Per Article.** If any article is lost, destroyed or damaged while in your mover's custody, your mover's liability is limited to the actual weight of the lost, destroyed or damaged article multiplied by 60 cents per pound per article. This is the basic liability level and is provided at no charge. It is considerably less than the average value of household goods.

To select Option 2, you must write on the line below, the words "60 cents per pound."
The value of my shipment is: 60 cents per pound
Your signature is required here: I acknowledge that I have 1) declared a value for my shipment and selected a deductible amount if appropriate, and 2) received and read a copy of the mover's brochure explaining those provisions and the applicable charges.
XX _____ (Customer's Signature) _____ (Date)

**EXTRAORDINARY (UNUSUAL) VALUE ARTICLE DECLARATION** — I acknowledge that I have prepared and retained a copy of the "Inventory of Items Valued in Excess of $100 Per Pound Per Article" that I have in my shipment and that I have given a copy of this inventory to the mover's representative. I also acknowledge that the mover's liability for loss of or damage to any article valued in excess of $100 per pound will be limited to $100 per pound for each pound of such lost or damaged article (based on actual article weight), not to exceed the declared value of the entire shipment, unless I have specifically identified such articles for which a claim for loss or damage is made on the attached inventory.
_____ (Customer's Signature) _____ (Date)

## STORAGE IN TRANSIT (SIT)
S.I.T. AT ☐ ORIG  ☐ DEST   WAS THERE PARTIAL DELIVERY AT S.I.T.? ☐ YES ☐ NO
SIT CONTROL # ___   Warehouseman Accepting Shipment Into SIT ___
S.I.T. AGENT ___  CODE ___  STORAGE WEIGHT ___ LBS
CITY ___  COUNTY ___  ST ___ ZIP ___
ACTUAL STORAGE DATES: IN __/__/__  OUT __/__/__  PICKUP/DELIVERY MILES ___

| DRIVER NAME/VEHICLE # | DRIVER CODE | WEIGHT | SET-OFF AGENT CODE | VAN TO VAN | CITY | ST | COST DETAIL | $ |
|---|---|---|---|---|---|---|---|---|
| CHURCH | M281 | 5160 | 1060 | | | | COST DETAIL | $ |
| | | | | | | | COST DETAIL | $ |
| | | | | | | | COST DETAIL | $ |
| COMMENTS  ESTIMATED CHARGES BASED ON 5100#.  ACTUAL CHARGES | | | | | | | COST DETAIL | $ |
| BASED ON ACTUAL WEIGHT AND SERVICES PROVIDED. | | | | | | | GRAND TOTAL | $ |
| | | | | | | | PREPAID: | $ 4500.00  4514.65 |
| | | | | | | | PAID @ DEST: | $ |
| CARRIER AGREES TO TRANSPORT THE GOODS AND EFFECTS TENDERED BY THE CUSTOMER SUBJECT TO THE PRECEDING TERMS AND CONDITIONS. | | | | | | | BALANCE DUE | $ 1281.35 |

X ___ Carrier/Authorized Agent
APU# ___
B/L Rated by ___
Code ___
☐ Rated by phone  ☐ Rated by FAX

Subject to Audit by Carrier
$1281.35 Received
ACKNOWLEDGEMENT: The above services were rendered and the property described has been received in apparent good order except as noted on the shipping documents.
ON 5-23-03
Person Accepting Delivery: Susan Winton
(To be signed at Destination)

EXHIBIT E
Page 1 of 5

Driver NAVL COPY

**northAmerican** HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

| | PART, EXACT DAMAGE, AT LOCATION | Driver or Agent # | | Page # 1 | # of Pages |
|---|---|---|---|---|---|
| | (diagram) | Customer Name | SUSAN WINTON | Contract # | |
| | | Origin City, State | INDIATLANTIC FL. | Tag Color RED | Lot # CE 17252 |
| | | Destination City, State | W. MELBOURNE FL. | GBL # | |

**PART & LOCATION**: 1 Arm, 2 Bottom, 3 Corner, 4 Front, 5 Left, 6 Leg, 7 Rear, 8 Right, 9 Side, 10 Top, 11 Veneer, 12 Edge, 13 Center, 14 Seat, 15 Drawer, 16 Inside, 17 Door, 18 Shelf, 19 Hardware

**EXACT DAMAGE**: BE Bent, BR Broken, BU Burned, CH Chipped, D Dented, F Faded, G Gouged, L Loose, M Marred, MI Mildew, R Rubbed, RU Rusted, SC Scratched, SH Short, SO Soiled, S Stretched, T Torn, W Worn, WP Warped, WS Water-stained, WT Wet, Z Cracked

**DESCRIPTIVE SYMBOLS**: CD Carrier Disassembled, CP Carrier Packed, CU Contents and Condition Unknown, DBO Disassembled By Owner, MCU Mechanical Condition Unknown, PB Professional Books, PBO Packed By Owner, PE Professional Equipment, PP Professional Papers, SW Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 1 | ✓ | WARDROBE CTN | ✓ | PBO CU | |
| 2 | ✓ | PLASTIC BIN | ✓ | PBO CU | |
| 3 | ✓ | PLASTIC BIN | ✓ | CU | |
| 4 | ✓ | SM. CTN | ✓ | PBO CU | |
| 5 | ✓ | GYM BAG | ✓ | CU | |
| 6 | ✓ | SM. CTN | ✓ | PBO CU | |
| 7 | ✓ | LOBSTER TABLE | ✓ | W | |
| 8 | ✓ | AB EXERSIZER | ✓ | SC, M 8,5,9 | |
| 9 | ✓ | PLASTIC BIN | ✓ | CLOTHES | |
| 10 | ✓ | PLASTIC BIN | ✓ | CLOTHES | |
| 11 | ✓ | DUFFEL BAG | ✓ | W | |
| 12 | ✓ | PLASTIC BIN | ✓ | CU | |
| 13 | ✓ | PLASTIC BIN | ✓ | CU | |
| 14 | ✓ | SM. CTN | ✓ | PBO CU | |
| 15 | ✓ | SM. CTN | ✓ | PBO CU | |
| 16 | ✓ | SM. CTN | ✓ | PBO CU 10,12 M 8,5,9 | |
| 17 | ✓ | QUILT RACK | ✓ | R,W,F 10,12 SC,M 8,5,9 | |
| 18 | ✓ | PLASTIC BIN | ✓ | CU | |
| 19 | ✓ | MED CTN | ✓ | PBO CU | |
| 20 | ✓ | STEP LADDER | ✓ | RU, SO, W | |
| 21 | ✓ | SM. CTN | ✓ | PBO CU | |
| 22 | ✓ | WARDROBE CTN | ✓ | PBO CU | |
| 23 | ✓ | SM. CTN | ✓ | PBO CU | |
| 24 | ✓ | SM. CTN | ✓ | PBO CU | |
| 25 | ✓ | PLASTIC BIN | ✓ | PBO CU | |
| 26 | ✓ | SM. CTN | ✓ | PBO CU | |
| 27 | ✓ | SM. CTN | ✓ | PBO CU | |
| 28 | ✓ | SM. FOLDING TABLE | ✓ | SH, D 8,12 | |
| 29 | ✓ | SM. FOLDING TABLE | ✓ | CH 10,3 | |
| 30 | ✓ | SM. ROCKING CHAIR | ✓ | CH 8,5,4,4,7,2 | |

EXHIBIT E
Page 2 of 5

**Remarks:**

**IMPORTANT NOTICE:** Before signing -- check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number. 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

| AT ORIGIN | Driver (sig) | Code 1680 | Date 3-7-02 | AT DEST-INATION | Driver (sig) | Code 1969 | Date 5-23-02 |
|---|---|---|---|---|---|---|---|
| | Customer Susan Winton | | Date 3-7-02 | | Customer Susan Winton | | Date 5-27-02 |

Original - Send to Fort Wayne after final delivery

Form 14 (6/99)

## northAmerican — HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

**PART, EXACT DAMAGE, AT LOCATION**

| Driver or Agent # | | Page # 2 | # of Pages |
|---|---|---|---|
| Customer Name | | Contract # | |
| Origin City, State | | Tag Color RED | Lot # GE17252 |
| Destination City, State | | GBL # | |

**PART & LOCATION**
1 Arm  2 Bottom  3 Corner  4 Front  5 Left  6 Leg  7 Rear  8 Right  9 Side
10 Top  11 Veneer  12 Edge  13 Center  14 Seat  15 Drawer  16 Inside  17 Door  18 Shelf  19 Hardware

**EXACT DAMAGE**
BE Bent  BR Broken  BU Burned  CH Chipped  D Dented  F Faded  G Gouged  L Loose  M Marred  MI Mildew  R Rubbed
RU Rusted  SC Scratched  SH Short  SO Soiled  S Stretched  T Torn  W Worn  WP Warped  WS Water-stained  WT Wet  Z Cracked

**DESCRIPTIVE SYMBOLS**
CD Carrier Disassembled  CP Carrier Packed  CU Contents and Condition Unknown  DBO Disassembled By Owner  MCU Mechanical Condition Unknown  PB Professional Books  PBO Packed By Owner  PE Professional Equipment  PP Professional Papers  SW Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 31 | ✓ | MED CTN | ✓ | PBO CU | |
| 32 | ✓ | SM. CTN | ✓ | PBO CU | |
| 33 | ✓ | DISH PACK | ✓ | PBO CU | |
| 34 | ✓ | TABLE BASE | ✓ | CH, SC, R, M 8,5,9,4,7 CH 10,12 | |
| 35 | ✓ | FLAT CTN | ✓ | PBO CU | |
| 36 | ✓ | OURR NIGHT BAG | ✓ | W 9 | |
| 37 | ✓ | SM. CTN | ✓ | PBO CU | |
| 38 | ✓ | LAUNDRY BASKET | ✓ | SO | |
| 39 | ✓ | 3.1 CTN | ✓ | PBO C.B. | |
| 40 | ✓ | WOOD FLOWER HOLDER | ✓ | W, CH, M 8,5,9,4,7 | |
| 41 | ✓ | SM. CTN | ✓ | PBO CU | |
| 42 | ✓ | SM. CTN | ✓ | PBO CU | |
| 43 | ✓ | DISH PACK | ✓ | PBO CU | |
| 44 | ✓ | SM. CTN | ○ | PBO CU | can't find |
| 45 | ✓ | MICROWAVE | ✓ | SC 10 MCU | |
| 46 | ✓ | SM. TABLE | ✓ | F, R, SC 10 CH 8,17 SC 9 | |
| 47 | ✓ | DISH PACK | ○ | PBO CU | |
| 48 | ✓ | TABLE | ✓ | SC 10 SC, CH, Z 9,5 SC, CH 10,12,5 | |
| 49 | ✓ | TACKLE BOX | ✓ | CU | |
| 50 | ✓ | 3.1 CTN | ✓ | CP | |
| 51 | ✓ | STEREO CABINET | ✓ | SC 10 R 10,7,3 | |
| 52 | ✓ | SM. END TABLE | ✓ | SC, F, W 10 CH 10,12,5 SC, CH 8,5,9 | |
| 53 | ✓ | 1.1 | | CH, SC 4,7,12,5 L FRAME | |
| 54 | ✓ | 1.5 CTN | ✓ | PBO CU | |
| 55 | ✓ | SM. CTN | ✓ | PBO CU | |
| 56 | ✓ | SM. CTN | ✓ | PBO CU | |
| 57 | ✓ | CHEST O DRAWERS | ✓ | SC, M 10 SC 6,5 CH 4,5,9 SC, M 4 SCR 8,5,7 | |
| 58 | ✓ | 1.5 CTN | | | |
| 59 | ✓ | 5 GALLON BUCKET | ✓ | | |
| 60 | ✓ | GARBAGE CAN | ✓ | WATER HOSES INSIDE | |

EXHIBIT E
Page 3 of 5

**Remarks:** _____

**IMPORTANT NOTICE:** Before signing -- check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered and of the state of the goods received.

| | Driver | Code 1688 | Date 3-7-02 | | Driver | Code 1969 | Date 5-23-03 |
|---|---|---|---|---|---|---|---|
| AT ORIGIN | Customer Susan Winton | | Date 3-7-02 | AT DESTINATION | Customer Susan Winton | | Date 5-23-03 |

Original - Send to Fort Wayne after final delivery

Form 14(6/99)

**northAmerican® HOUSEHOLD GOODS DESCRIPTIVE INVENTORY**

| Page # | # of Pages |
|---|---|
| 3 | |

| Driver or Agent # | |
|---|---|
| Customer Name | |
| Origin City, State | |
| Destination City, State | |

| Contract # | |
|---|---|
| Tag Color | Lot # |
| GBL # | |

**PART, EXACT DAMAGE, AT LOCATION** (diagram)

**PART & LOCATION**
1 Arm  2 Bottom  3 Corner  4 Front  5 Left  6 Leg  7 Rear  8 Right  9 Side
10 Top  11 Veneer  12 Edge  13 Center  14 Seat  15 Drawer  16 Inside  17 Door  18 Shelf  19 Hardware

**EXACT DAMAGE**
BE Bent  BR Broken  BU Burned  CH Chipped  D Dented  F Faded  G Gouged  L Loose  M Marred  MI Mildew  R Rubbed
RU Rusted  SC Scratched  SH Short  SO Soiled  S Stretched  T Torn  W Worn  WP Warped  (ws) Water-stained  (wt) Wet  Z Cracked

**DESCRIPTIVE SYMBOLS**
CD Carrier Disassembled  CP Carrier Packed  CU Contents and Condition Unknown  DBO Disassembled By Owner  MCU Mechanical Condition Unknown  PB Professional Books  PBO Packed By Owner  PE Professional Equipment  PP Professional Papers  (SW) Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 61 | ✓ | PLASTIC BIN | ✓ | | |
| 62 | ✓ | OVERNIGHT BAG | ✓ | W | |
| 63 | ✓ | PICTURE PAPER WRAPPED | ✓ | CU REPACKED IN FLAT CTN | |
| 64 | ✓ | WARDROBE CTN | ✓ | PBO CU | |
| 65 | ✓ | PAPER WRAPPED BUNDLE | ✓ | CANES, MOPS ETC. | |
| 66 | ✓ | 4.5 CTN | ✓ | CP | |
| 67 | ✓ | FLAT CTN | ✓ | PBO CU | |
| 68 | ✓ | PAIR OF SNOW SHOES | ✓ | | |
| 69 | ✓ | SLEEPING BAG | ✓ | | |
| 70 | ✓ | SM. CTN | ✓ | PBO CU | |
| 71 | ✓ | FISHING RODS & REELS | ✓ | 3 RODS, 2 REELS  MCU | |
| 72 | ✓ | DIVE GEAR BAG | ✓ | CU | |
| 73 | ✓ | WOOD PICTURE | ✓ | W 4+12$^5$ CH $^{10,8,3}$ CH 2,12$^5$ | |
| 74 | ✓ | 3.1 CTN | ✓ | CP  WOOD BOWL PICTURES | |
| 75 | ✓ | PLASTIC DRAWER BIN | ✓ | SO 9 | |
| 76 | ✓ | PLASTIC BIN | ✓ | CU | |
| 77 | ✓ | WOOD TABLE BASE | ✓ | SC, D$^{10}$ | |
| 78 | ✓ | WOOD PELICAN CARVING | ✓ | | |
| 79 | ✓ | BASKET | ✓ | W | |
| 80 | ✓ | CAMPING STOVE | ✓ | RU M, SO SC $^{10+9^5}$ MCU | |
| 81 | ✓ | 4.5 CTN | ✓ | CP | |
| 82 | ✓ | BOOK SHELF | ✓ | D 4,5,3 SC $^{10}$ | |
| 83 | ✓ | BOOK SHELF | ✓ | SC 8,9 CH $^{10,2,7,8,3}$ CH $^{10,8,17}$ D 4,5,12 | |
| 84 | ✓ | WOOD IRONING BOARD | ✓ | SC, Z, G$^{10}$ R SC H 6,5, 8, 6 | |
| 85 | ✓ | CHAIR | ✓ | SC R, M 4+8,5,9 Z 4,9, SC F 10,4 | |
| 86 | ✓ | REDWOOD TABLE TOP | ✓ | PBO PARTIALLY WRAPPED | |
| 87 | ✓ | WOOD CABINET | ✓ | CH 11,10,13, CH 11,4,10,12 M 4 | |
| 88 | ✓ | SM. CTN | ✓ | PBO CU | |
| 89 | ✓ | CONSOLE STEREO | ✓ | SC M$^{10}$ D, CH 24,12 R $^{10,12^5}$ MCU | EXHIBIT E Page 4 of 5 |
| 90 | ✓ | QU MATTRESS | ✓ | PBO | |

Remarks:

IMPORTANT NOTICE: Before signing -- check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

| AT ORIGIN | Driver | Code | Date 3-7-02 | AT DESTINATION | Driver | Code | Date 5-23-03 |
|---|---|---|---|---|---|---|---|
| | Customer | | Date 3-7-02 | | Customer | | Date 5-27-03 |

Original - Send to Fort Wayne after final delivery

Form 14(6/99)

# northAmerican. HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

| PART, EXACT DAMAGE, AT LOCATION | Driver or Agent # | | Page # 4 | # of Pages |
| --- | --- | --- | --- | --- |
| | Customer Name | | Contract # | |
| | Origin City, State | | Tag Color | Lot # |
| | Destination City, State | | GBL # | |

| PART & LOCATION | | EXACT DAMAGE | | DESCRIPTIVE SYMBOLS | |
| --- | --- | --- | --- | --- | --- |
| 1 Arm | 10 Top | BE Bent | RU Rusted | CD Carrier Disassembled | |
| 2 Bottom | 11 Veneer | BR Broken | SC Scratched | CP Carrier Packed | |
| 3 Corner | 12 Edge | BU Burned | SH Short | CU Contents and Condition Unknown | |
| 4 Front | 13 Center | CH Chipped | SO Soiled | DBO Disassembled By Owner | |
| 5 Left | 14 Seat | D Dented | S Stretched | MCU Mechanical Condition Unknown | |
| 6 Leg | 15 Drawer | F Faded | T Torn | PB Professional Books | |
| 7 Rear | 16 Inside | G Gouged | W Worn | PBO Packed By Owner | |
| 8 Right | 17 Door | L Loose | WP Warped | PE Professional Equipment | |
| 9 Side | 18 Shelf | M Marred | (WS) Water-stained | PP Professional Papers | |
| | 19 Hardware | MI Mildew | (W/T) Wet | (SW) Shrink Wrap | |
| | | R Rubbed | Z Cracked | | |

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
| --- | --- | --- | --- | --- | --- |
| 91 | ✓ | QN - BOXSPRING | ✓ | PBO | |
| 92 | ✓ | 4.5 CTN | ✓ | CP | |
| 93 | ✓ | 3.1 CTN | ✓ | CP | |
| 94 | ✓ | DISH PACK | ✓ | CP GLASSWARE | |
| 95 | ✓ | 4.5 CTN | ✓ | CP WOOD BOWL, BASKETS | |
| 96 | ✓ | GLASS FRONT CABINET | ✓ | F-8¹ WOOD PIECE MISSING 4,5,3 | |
| 97 | ✓ | COFFEE TABLE | ✓ | E¹⁰⁻² 10,13⁵ | |
| 98 | ✓ | SM. CTN | ✓ | PBO CU | |
| 99 | ✓ | LEATHER SOFA | ✓ | S 5,¹⁹ R 5⁹ | |
| 100 | ✓ | POLE LAMP | ✓ | R,M⁹ R,M² | |
| X 101 | ✓ | POLE LAMP | ✓ | SCR⁹ SC² | |
| 102 | ✓ | SM. CTN | ✓ | PBO CU | |
| 103 | ✓ | MED CTN | ✓ | PBO CU | |
| 104 | ✓ | COOLER | ✓ | So 10 | |
| 105 | ✓ | CARRY BAG | ✓ | | |
| 106 | ✓ | SM. CTN | ✓ | PBO CU | |
| 107 | ✓ | SM. PLASTIC BIN | ✓ | PBO CU | |
| 108 | ✓ | SM. TABLE | ✓ | SCR¹⁰⁻¹⁰,¹² SC⁶ R⁷,¹⁴,⁶ | |
| 109 | ✓ | SM. CTN | ✓ | PBO CU | |
| 110 | ✓ | BACK PACK | ✓ | | |
| 111 | ✓ | PLASTIC BIN | ✓ | CU | |
| 112 | ✓ | META HIWAY SIGN | ✓ | SC, CH, M ⁴ | |
| 113 | ✓ | PLANT STAND | ✓ | ON ² CH, G 10,12⁵ | |
| 114 | ✓ | 1.5 CTN | ✓ | CP PICTURES | |
| 115 | ✓ | SYLVANIA CONSOLE COLOR T.V. | ✓ | SC, M, G¹⁰ CH ¹¹,¹²,¹²⁵ G²,⁴,⁸,³ MCU | |
| 116 | ✓ | PLASTIC BIN | ✓ | CU | |
| 117 | ✓ | PLASTIC BIN | ✓ | CU | |
| 118 | ✓ | PLASTIC BIN | ✓ | CU | Can't find |
| 119 | ✓ | PLASTIC BIN | ✓ | CU | |
| ✓ 120 | ✓ | MED CTN | ✓ | PBO CU | |

EXHIBIT E
Page 5 of 5

Remarks:

IMPORTANT NOTICE: Before signing — check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

| AT ORIGIN | Driver [signature] | Code 1680 | Date 3-7-02 | AT DESTINATION | Driver [signature] | Code 1969 | Date 5-22-03 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Customer Susan Winton | | Date 3-7-02 | | Customer Susan Winton | | Date 5-22-03 |

Original - Send to Fort Wayne after final delivery.

Form 14(6/99)