**northAmerican** VAN LINES

I.C.C. NO. MC-107012

06/20/03

**HOUSEHOLD GOODS INVOICE**

REMIT PAYMENT TO:
33901 Treasury Center
Chicago, IL 60694-3900

WINTON
909 W 80TH AVE
ANCHORAGE AK 99501

| CONTRACT NBR. | SHIPMENT DATE | PURCHASE ORDER NO. | SHIPPER | CONSIGNEE |
|---|---|---|---|---|
| 96921400 | 05/01/03 | | WINTON | WINTON |

| ACTUAL WGT. | BILLING WGT. | MILES | FREIGHT PAY | FROM | TO |
|---|---|---|---|---|---|
| 5,160 | 5,160 | 2,500 | | MELBOURNE   FL | ANCHORAGE   AK |

| TARIFF | SECTION/ITEM | TOTAL AMOUNT | FROM COUNTY | TO COUNTY |
|---|---|---|---|---|
| 400/N | 3 | 372.34 | BREVARD | ANCHORAGE |

| SERVICE DESCRIPTION | QTY | TARIFF RATE | TARIFF CHARGE | DISCOUNT PERCENT | NET CHARGE |
|---|---|---|---|---|---|
| LINEHAUL CHARGE | ORG 5160 | | 8,246.20 | 63.00 | 3051.09 |
| *INSURANCE SURCHARGE | DES | | 96.07 | | 96.07 |
| *INSURANCE SURCHARGE | ORG | | 329.85 | 63.00 | 122.04 |
| *LINEHAUL FUEL SURCHARGE | ORG | 5.00 | 412.31 | 63.00 | 152.55 |
| *SERVICE CHARGE | ORG 5160 | 2.58 | 133.13 | 63.00 | 49.26 |
| *SERVICE CHARGE | DES 5160 | 6.18 | 318.89 | 45.00 | 175.39 |
| *ADDITIONAL LINEHAUL | DES | | 2,401.85 | | 2401.85 |
| *ADDTL FUEL SURCHARGE | DES | | 120.09 | | 120.09 |

```
                    GROSS INVOICE CHARGE   12,058.39
                          LESS DISCOUNT   -5,890.05
                                          ---------
                                           6,168.34
           LESS UNAUTHORIZED CHARGES      -4,500.00
           LESS AMOUNT PAID TO APPLY      -1,296.00
                                                          ---------
       TARIFF CHARGE IF PAID BY 07/01/03 REMIT THIS AMOUNT   372.34
```

(*) INDICATES PART/ALL OF A SERVICE WHICH WAS UNAUTHORIZED

THE ATTACHED DOCUMENTS SHOW APPROPRIATE SIGNATURES AS PROOF OF DELIVERY AS WELL AS REQUIRED IDENTIFICATION. CORRECT RATES AND CHARGES ARE REFLECTED.

BE THE SAFEST, MOST CUSTOMER-FOCUSED
AND SUCCESSFUL TRANSPORTATION COMPANY IN THE WORLD

AUDITED

Date _____

Auditor _____

EXHIBIT F
Page 1 of 1

FOR PMT INQUIRIES OR DISPUTES CALL:SIRVA.COM (800)348-2111

BOOKING AGENT - 1680
   FLORIDA MOVING SYSTE
   MELBOURNE   FL   32934

REMIT PAYMENT TO - NORTH AMERICAN VAN LINES
33901 TREASURY CENTER
CHICAGO IL   60694-3900
TAX ID # 52-1840893

FOR PROPER CREDIT, PLEASE WRITE CONTRACT # (SHOWN ABOVE) ON REMITTANCE CHECK.

FORM NO. DP695 REV. 8/97

(27)