*Claim Filed*

July 23, 2003

To:     North American Claims Department
        Attn: Marque

This letter is an attachment to claim form. It would be impossible for me to give you an inventory number since eight of the boxes I received had no number on them, indicating that my things had been repacked after they were packed in my presence. And the empty boxes were picked up before I received the claim form indicating that I needed to keep the boxes that damaged goods were in.

I am going to enclose copies of emails, photos of damaged goods and a purchase invoice for my camera and lenses of 1993. When I bought the camera the costs were $6,500. The current replacement values are $8,387. I am still waiting to hear the results of your trace on my shipment and although I have repeatedly asked where and when my shipment was removed from the crates they were packed in, no one will advise me. I know that the shipment was originally loaded in Melbourne, Florida and unloaded in Longview, CO before being loaded and sent to Anchorage. For two months I have been asking for this information and have been ignored.

The missing things that I can remember are the following:

Waffle iron, large turkey pan with lid, 2 plug in kitchen timers (all in the same box)
Box of dress shoes are missing, including hip boots.

I did have a 6X8 green oriental rug with non-skid pad that was on an estimate I got from Sorenson's Moving but didn't get on the inventory with North American.

Most of my claim is centered around the loss of my camera and its attachments. That camera alone is more expensive than the whole shipment, so you can see why I am upset about its loss. In this whole process, not one person has mentioned to me anything about excessive value items. My things went into wooden crates and I was informed they would be shipped that way. I had no reason to believe that they would be uncrated and repacked.

The other part of my claim is for damages. The pictures will give you an indication of my damage. My stereo has deep impressions all along the top because it was not properly padded. My standing heron figure was completed severed and it is over an inch thick. I have had to glue and repair a lot of things that I haven't even mentioned.

One other thing: I originally paid an additional $30 for a wooden crate to be built to ship my tiffany lamp shade. It arrived in a cardboard box with styrofoam around it. I feel that charge should be reimbursed. Also, I received an additional statement from your office in the amount of $372.34. on June 20, 2003. I have to tell you that that amount is not about to be paid until something is done about the recovery of my camera. I am sure you can understand my decision about this.

EXHIBIT 6
Page 1 of 2

(44)

*Please consider this my claim. I expect to hear something in the near future regarding the trace on my camera and your evaluation of my claim.*

Sincerely,

*Susan Winton*

EXHIBIT 67
Page 2 of 2

45