# THE WINDMILL
*Furniture Restoration*

230 E. Potter Rd., Unit 4 • Anchorage, Alaska 99518
(907) 563-4736



## ESTIMATE

Susan Winton
909 W 80th Ave
Anchorage AK 99518

| QUOTATION NO. | DATE |
|---|---|
|  | 9-10-03 |

| Quantity | Description | Price |
|---|---|---|
| 1 | STEREO CABINET; OAK: TOP IS RUBBED IN MANY AREAS - COLOR & FINISH RUBBED OFF; scuff sand, restore color, recoat w/ satin lacquer. | 180.00 |
| 1 | ANTIQUE CABINET: 2 CASTER WOODEN WHEELS BROKEN: replace casters w/ similar ones w/ wooden wheels. | 15.00 |
| 1 | TV STAND (PB/VINYL "OAK"): EDGE BANDING PULLED LOOSE: reglue, touch-up | 40.00 |
| 1 | CANE-TOPPED TABLE (SMALL): 1 LEG LOST THREADED INSERT: replace and assemble | 30.00 |
| 1 | PB/VINYL "OAK" BOOKCASE: 1 FRONT TRIM PIECE BROKEN OFF: replace bracket | 15.00 |
| 1 | OCTAGONAL TABLE: 1 LEG TURNING PIECE BROKEN OFF; rejoin wood. Fill cracks and restore color and finish. | 50.00 |
| 1 | BOOK/MAGAZINE RACK: ALL JOINTS HAVE LOOSENED; dismantle, clean joints and reglue. Reassemble and touch up color & finish. | 65.00 |

(33)

EXHIBIT H
Page 1 of 1

This quote is good for one year from date. Work is guaranteed for one year after completion. Payment is due on delivery. Work not paid for within two weeks of notification of completion will be sold.