

**northAmerican**
Moving Services

P.O. Box 988 Fort Wayne, IN 46801-0988
Phone 260.429.2511
Internet www.northamericanvanlines.com

October 20, 2003                                     **COPY**

Susan Winton
909 W 80th Ave
Anchorage AK  99518

        RE    Contract 969214
             Claim    073-0353-1

Dear Ms. Winton:

Thank you for your patience while awaiting review of your claim settlement.

Your claim settlement totals $225.00. This amount represents the following:

| Item | Weight | Settlement |
|---|---|---|
| Glasses/corning dish | 60 Lbs. | $ declined-packed by customer |
| Kitchen items | 30 Lbs. | 18.00 cash settlement |
| Octagon table | 50 Lbs. | 30.00 cash settlement |
| Stereo cabinet | 100 Lbs. | 60.00 cash settlement |
| Vases/grandmother bowl | 30 Lbs. | 18.00 cash settlement |
| Wooden bowl | 30 Lbs. | 18.00 cash settlement |
| Bookcase | 40 Lbs. | 15.00 repair allowance |
| China cabinet | 120 Lbs. | declined |
| Pole lamp | 15 Lbs. | 9.00 cash settlement |
| End table | 40 Lbs. | 24.00 cash settlement |
| Dress shoes | 30 Lbs. | 18.00 cash settlement |
| Camera | 30 Lbs. | declined |
| Heron figurine | 30 Lbs. | declined-packed by owner  *Repacked by movers* |
| Oriental rug | 60 Lbs. | declined |
| Framed pictures | 40 Lbs. | declined-packed by owner  *Repacked by movers* |
| TV stand | 25 Lbs. | 15.00 cash settlement |
| Magazine rack | 20 Lbs. | declined-climatic — *No climate involved movers have climate Controlled Storage* |

You requested 60 cents a pound valuation to cover your possessions during your move. Under this provision, our maximum liability is limited to 60 cents times the weight of the item, the cost of repair, the actual cash value, or the amount claimed, whichever is least.

EXHIBIT I
Page 1 of 3

(39)



P.O. Box 988 Fort Wayne, IN 46801-0988
**Phone** 260.429.2511
*Internet* www.northamericanvanlines.com

Continued
073-0353-1

Unfortunately, we must decline responsibility for items not packed by North American representatives. We had no control over the packing of these items and no notations of carton damage were made at the time of delivery to show mishandling by North American. (See contract terms on the reverse side of the Bill of Lading limiting liability due to an act of the shipper.) Therefore, I must decline liability on the glasses, corning dish, heron figurine, and framed pictures since there was no carton damage noted at the time of delivery. The second van operator did take exceptions to carton number 54 and 58 as being crushed tops, so I have accepted liability on the size of those cartons.

A review of the shipping documents governing your move indicates your goods were in storage prior to the time the shipment came into our possession. This storage involved a separate contract with Florida Moving and Storage. Any loss or damage, which occurred before the shipment came into our possession, is the liability of that facility. We would suggest you contact the storage facility regarding its possible liability on the china cabinet and missing carton #145. Our records show the china cabinet was damaged before the van-operator loaded it on his van, and this carton not checking off coming out of storage.

As you can appreciate, the purpose of our Household Goods Inventory Listings is to ensure that all items tendered for delivery have been delivered and signed for. This is our basis for accepting and declining liability. The documentation we have on hand indicates that our inventory listings have been checked off and signed for. There were only exceptions to Carton 44, 118, and 145 as missing. A thorough trace has been conducted and we did not find these cartons or the other items you have reported as missing. Therefore, since the customer packed the cartons, I have no way to determine the contents or the value. Therefore, under the valuation coverage you choose on your move, I will have to settle on the weight of the carton and not the contents.

The reported damage on the magazine rack was caused by temperature and humidity changes during your move rather than by mishandling. Because the carrier cannot control changes in weather, we must decline responsibility for this damage. (See contract terms on the reverse side of the Bill of Lading regarding atmospheric changes.)

EXHIBIT I
Page 2 of 3

(40)



**northAmerican**
Moving Services

P.O. Box 988 Fort Wayne, IN 46801-0988
Phone 260.429.2511
Internet www.northamericanvanlines.com

Continued
073-0353-1

The repair firm has indicated you have additional items to claim on your move. He also indicated you were going to mail them into our office. On October 14, 2003 I also send an e-mail to you advising I do need a list of the additional items before I can accept any liability. Since I have not received this list, I will complete the settlement on the items I have been advised of. You do have up to nine months from date of receiving your goods to get any supplemental claim in writing into our office. Please make sure if you are claiming these items, we do receive this before your limitation is up.

Our Credit Department has indicated there is still an outstanding balance of $386.99 on your transportation charges. Due to this balance, your claim settlement has been applied to this balance due.

Ms. Winton, thank you for letting me assist you.

Sincerely,

Jenny Followell

Jenny Followell
Certified Claims Analyst
1-800-348-3746 EXT-3541
Hours 8-4:30 CST

c/c 1680 Florida M/S
   1007 All Points
   1060 St Vrains
   1176 St Vrains
   Maureen Pendleton
   Encl.

EXHIBIT I
Page 3 of 3

(41)