**DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.**
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH
OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

RECEIVED
FEB 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

December 19, 2005

Susan L. Winton
909 W. 80th Ave.
Anchorage, AK  99518

    Re:  <u>Winton v. NorthAmerican Van Lines, Inc., et al.</u>
           Case No. A05-215 CV (JKS)

Dear Ms. Winton:

    In order to move this matter forward and possibly reach a settlement of the case, we would like to request some additional information from you.  Please provide me with an estimate of what you believe is the reasonable value of your claim.  With this estimate, if you could include a break down of the estimated value of the individual items for which you are seeking damages, that would also be helpful.  If this informal request is not sufficient to obtain this information, please let me know as soon as possible, but not later than December 30, 2005, and I will gladly serve formal discovery requests at that time.

    Thank you for you assistance in this matter, and I look forward to your response.

                                        Very truly yours,

                                        DELANEY, WILES, HAYES,
                                        GERETY, ELLIS & YOUNG, INC.

                                        Eric A. Ringsmuth

EAR/dml   111692

*ATTACHMENT 1*