January 11, 2006

N.D. 1-11-06
RECEIVED
FEB 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Eric Ringsmuth, Esq.
Delaney Wiles Hayes Gerety Ellis & Young, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, AK 99501

  Re: Winton v. northAmerican & Florida Moving Systems
    Case No.: USDC No. A05-0215 CV (JKS)

Dear Mr. Ringsmuth:

  Enclosed are copies of the discovery documents you requested, along with a time line that summarizes the key events.

  In keeping with our informal exchange of discovery, please produce the following:

  1 Copies of all relevant or potentially relevant documents, including all correspondence, invoices, memoranda, inventory sheets and "exception sheets" from both northAmerican and Florida Moving Systems, reflecting in any way the receipt, storage, re-packing, inventorying, shipping and delivery of my household goods.

  2. Copies of any documents that show an itemization or inventory of my belongings as they were repacked by Florida Moving after having been picked up at my storage unity, and as they were turned over to and accepted by northAmerican for shipment, and any inventory documents obtained, generated or maintained by northAmerican in the course of shipping my goods from Florida to Alaska.

  3. Copies of any correspondence, memoranda or other documents by and between northAmerican and Florida Moving regarding the contents or condition of the crates, boxes, individual items or shipment, either at the time the goods were turned over by Florida Moving to northAmerican for shipment or at any other time.

  4. Copies of all correspondence, email, or any other documents by and between Florida Moving and northAmerican concerning any aspect of my claim, Florida Moving's or northAmerican's response to my claim, or otherwise addressing in any way any missing or damaged items.

  I am prepared to see this matter to conclusion. However, I am also willing to discuss resolution this matter short of further litigation. I am willing to accept the sum of $16,000 in satisfaction of my claims, in exchange for which I will sign any appropriate release.

            Very truly,

            Susan Winton
            Plaintiff, Pro Se

Enclosures: (Plaintiff's informal discovery production, pages 1 through 53)

ATTACHMENT 2

## TIMELINE

| | |
|---|---|
| 3/5/02 | Given Cost Estimate by Florida Moving to move from storage unit in Indialantic, FL to Seattle, WA $2,630. |
| 3/6/02 | Order for Service signed with Florida Moving Systems to pick up from storage unit. |
| 3/7/02 | Paid $511 for pick up. |
| 3/7/02 | Was given a bill of lading (or copy of inventory) at pickup. Ran out of inventory sheets so they used "packing exception sheets". Not provided a crate for glass lampshade that was prepaid in the amount of $30. (Note, lampshade arrived in Anchorage in a carboard box.) Men who packed indicated they were generally warehousemen and didn't usually pack and load. Shipment remained in storage from 3/7/02 until 5/1/03. |
| 2/20/03 | Email from Tracy at Florida Moving with an estimate of $5,796.55 to move to Anchorage, AK. |
| 3/24/03 | Email from me to Tracy requesting that they "check on the cost of insuring the load". |
| 4/16/03 | Email from me to Tracy requesting "to get a quote for insurance..with this shipment. Let me know." |
| 4/24/03 | **Fax from Tracy requesting that I sign both areas marked XX and fax back. (Order for Service and estimate).** |
| 5/5/03 | Email from me requesting when shipment left. |
| 5/6/05 | Email from Tracy "shipment was loaded and en route. The delivery spread is 5/21-6/11/03. this is the customer service number to NorthAmerican Headquarters 800-348-2111, they will need reference number96921400. call that number, they may be able to talk with the drivers dispatcher to get the actual delivery date narrowed down. Let me know if you need further heelp." |
| 5/9/03 | Email from me to Tracy regarding shipment in Colorado. I asked "did they leave it in the crates or is it loose? I am concerned about loading and reloading enroute." |
| 5/13/03 | Email from Tracy: "your shipment was loose loaded, this is the standard way to ship to Alaska. I would try not to worry all drivers are very careful not incur any damage." |



| | |
|---|---|
| 5/23/03 | Household goods delivered. Given a Bill of Lading which I had to sign and gave them a cashiers check for $1,281.35. Many boxes without inventory numbers, damage apparent and no Gray Pelican case with camera. Note: there was a clothes hamper that didn't belong to me. Boxes had been repacked and gone through. |
| 6/20/03 | Received bill for additional $372.34 owed. |
| 6/23/03 | Email from Claudia Deneen at Florida Moving, that my emails to John Fallon, the operations manager had been received. She advised that all claims need to go through their corporate office. My shipment was picked up from an Interstate driver in Melbourne, FL. Advised to contact corporate office at 800-348-3746 and reference contract #969214. |
| 6/23/03 | Called corporate office, advised that load was transferred in St. Verain, CO. 303-776-3166. |
| 7/23/03 | I filed a claim with North American Claims Department (with copies of emails from John Fallon and Claudia Dennen at Florida Moving.) |
| 7/28/03 | Advised by unsigned letter from North American Van Lines, Inc. that "all tracing has been negative." |
| 7/29/03 | Email from Marquie Chalmers that trace for missing Pelican case with camera is negative and that they have received my claim. |
| 7/30/03 | Received a letter assigning a repair service to inspect and verify damage. |
| 9/10/03 | Estimate of damage. |
| 10/15/03 | Memo from me to North American regarding failure to locate copies of the estimate. |
| 10/20/03 | Cover letter regarding claim settlement. They allowed $225.00 in damage claim and applied it to a $386.99 outstanding balance they said I owed. The remaining balance of $147.34 they decided I owed them was never billed again. |

H:\Timeline.doc



# COST ESTIMATE

North American Van Lines
P.O. Box 988, Ft. Wayne, IN 46801-0988
1-800-348-2111
ICCMC-107012

Reference # _____  ☐ GNTE

| Field | Value |
|---|---|
| Customer | Susan Winton |
| Agent | Florida Mvg Syst |
| Code | 1680 |
| Date | 3/5/02 |
| Origin Address | _____ |
| City | Indialantic |
| ST | FL |
| Phone | _____ |
| Dest. Address | _____ |
| City | Seattle |
| ST | WA |

## Weight Detail

| | #1 | #2 | Weight Add Description |
|---|---|---|---|
| Est HHGS | | | |
| Auto | | | |
| Wgt Add | | | |
| TOTAL | | | |

CUSTOMER ACKNOWLEDGES LIABILITY FOR PAYMENT AT DELIVERY OF THE FOLLOWING SERVICES LISTED BELOW AND/OR MARKED "NABE" (NOT AUTHORIZED BY EMPLOYER):

Bulky Items: _____
Valuation OVER $ _____ or $ _____ /Lb     Appliance Service: Carrier ☐   3rd Party ☐
3rd Pty Svcs: _____

## CARTON DETAIL / MATERIALS / PACKING / UNPACKING

| DESCRIPTION | Qty | Rate | Amount | Qty | Rate | Amount | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Dishpack | | | | | | | | | |
| <3.0 Carton, Sm | | | | | | | | | |
| 3.0 Carton, Med | | | | | | | | | |
| 4.5 Carton, Lg | | | | | | | | | |
| 6.0 Carton, Lg | | | | | | | | | |
| 6.5 Carton, Lg | | | | | | | | | |
| Wardrobe, Ctn | | | | | | | | | |
| Matt Ctn, Crib | | | | | | | | | |
| Matt Ctn, Twin | | | | | | | | | |
| Matt Ctn, Dbl | | | | | | | | | |
| Matt Ctn, K/Q | | | | | | | | | |
| Matt Ctn, Long | | | | | | | | | |
| Matt Cover | | | | | | | | | |
| Mirror/Glass Ctn | | | | | | | | | |
| Crate-Total CuFt | | | | | | | | | |
| Crate Min (if app) | | | | | | | | | |
| Other | | | | | | | | | |
| TOTALS | | | | | | | | | |

## STORAGE IN TRANSIT    ☐ Orig   ☐ Dest

Whse Location _____

| | RATE | WGT | AMOUNT |
|---|---|---|---|
| 1st Day | ___ X ___ | | = $ |
| Addtl Day ___ x Wgt = $ ___ (Daily Chg) | | | |
| x # Days ___ | | | = $ |
| Whse Hand ___ X ___ | | | = $ |
| Pickup/Del: Miles ___ | | | = $ |
| Ins Related Surchg @ ___ % | | | = $ |
| Fuel Surchg @ ___ % | | | = $ |
| SIT Valuation Chg: ☐ DVP  ☐ MVP | | | |
| % of Val Cost X #15 Day Periods | | | = $ |
| Xtra Labor Chg | | | = $ |
| Reason _____ | | | |
| Bulky stored in Whse ___ | | | = $ |
| Bulky stored in Whse ___ | | | = $ |

## TRANSPORTATION CHARGE

Zip2Zip: Wgt 3800  Orig Zip ___  XPU Zips ___ / ___  XDel Zips ___ / ___  Dest Zip ___
Weight ___   @ Miles ___
Base Wgt ___ = $ ___ + (Addtl Wgt ___ @ cwt ___ = $ ___)
☒ Actual Wgt   ☐ Billable Wgt ___ @ cwt ___

VALUATION  ☒ $0.60  ☐ DVP @ $ ___ /lb  ☐ MVP @ $ ___ /lb  LUMP SUM $ ___  DED $ ___

| | TOTAL | CHARGE | DISC | NET | Code |
|---|---|---|---|---|---|
| SIT | | | | | |
| SIT VAL | | | | | NAVL |
| TRANS CHG | | 7074.00 | | | |
| | | | | | NAVL |

## ADDITIONAL SERVICES

| Service | NABE | RATE | WEIGHT | Amount |
|---|---|---|---|---|
| MATERIALS TOTAL FROM ABOVE | ☐ | | | |
| PACKING TOTAL FROM ABOVE | ☐ | | | |
| UNPACKING TOTAL FROM ABOVE | ☐ | | | |
| APPLIANCES  ORIG W D Ice none  DEST W D Ice ___ | ☐ | | | |
| ATC (Addtl Trans Cost) Origin 2.50 | ☐ | | | 95.00 |
| ATC Destination 3.43 | ☐ | | | 131.00 |
| ATC @Extra Stop  Location ___ | ☐ | | | |
| Extra PU / DEL Charge  Location ___ | ☐ | | | |
| ATC @Extra Stop  Location ___ | ☐ | | | |
| Extra PU / DEL Charge  Location ___ | ☐ | | | |
| BULKY - VEHICLE: Make ___ Model ___ Yr ___ | ☐ | | | |
| BULKY ITEMS ___ | ☐ | | | |
| ELEVATOR @ORIG IN OUT # ELEVS ___  ELEVATOR @DEST IN OUT # ELEVS ___ | ☐ | | | |
| EXTRA LABOR: #Men ___ #Hrs ___ ☐ OT Reason ___ ☐ O ☐ D | | | | |
| LONG CARRY  Location ___ Total Ft ___ -75= ___ Ft/50= ___ | ☐ | | | |
| OVERTIME LOAD / UNLOAD  Location ___ | ☐ | | | |
| PIANO HANDLING: $ ___ ☐ ORIG ☐ DEST  STAIRS IN #Flts ___ OUT #Stps ___ | ☐ | | | |
| STAIRS: ORIG IN #Flts ___ OUT #Stps ___  DEST IN #Flts ___ OUT #Stps ___ | ☐ | | | |
| SELF STG PU / DEL  Location ___ | ☐ | | | |
| SHUTTLE ☐ ORIG ☐ DEST  Miles ___ # Vans ___ # Laborers ___ ☐ OT | ☐ | | | |
| THIRD PARTY  2% IP surcharge | | | | 142.00 |
| WAIT TIME Date/Time Arrived ___ Began Work @ ___ #Vans ___ | | | | |
| OTHER  1% fuel surcharge | | | | 70.74 |
| OTHER | | | | 7512.74 (65%) 2630.00 |

Comments _____
Estimator _Jerry J. Householder_  Phone _____

GRAND TOTAL  2630.00

CUSTOMER COPY

③  Form #4 (2/00)

# FLORIDA MOVING SYSTEMS, INC.
## "Your Florida Moving Specialists"
### 280 NORTH DRIVE
### MELBOURNE, FL 32934
### (407) 259-4330    (800) 283-MOVE



No. _____

_____ 19___

Name of Depositor: **Susan Winton**    Tel _____
Address: **316 Depot USA, Indialantic, Fl.**    Apt. _____
Call to pack on **3/4/99**    Send on _____ to remove for storage
Approximately _____ cu. ft. _____
To be stored at **280 North Dr. Melbourne, Fl. 32934**

at the following rates subject to the conditions hereinafter set forth based on the value declared by the depositor.

## RATES:    ESTIMATED CHARGE:

CARTAGE IN **1** Van **2** Men @ $ _____ per hr. plus _____ hr. travel time    $ **230.00**

~~WAREHOUSE LABOR IN~~ @ $ _____ per cu. ft. **Crate**    $ **30.00**

STORAGE Per Month @ $ _____ per cu. ft. _____    $ **80.00**

PACKING:  ___ Barrels $ ___ ea.  ___ Bk. Ctns. $ ___ ea.  ___ Lg. Ctns. $ ___ ea.    $ **171.00**

___ Boxes $ ___ ea.  ___ Padding $ ___ per cu. ft. _____    $ _____

Mattress Ctns. $ _____ ea. ___ Crates $ ___ ea. ___ Dust Covers $ ___ ea.    $ _____

RUGS-CARPETS: Dust Clean @ _____ per sq. ft. Shampoo @ _____ per sq. ft.

_____ Moth Pack @ _____ per sq. ft. _____    $ _____

Unless a greater valuation is stated herein, the depositor or owner declares that the value in case of loss or damage arising out of storage, transportation, packing, unpacking, fumigation, cleaning or handling of the goods and the liability of the company for any cause for which it may be liable for each or any piece or package and the contents thereof does not exceed and is limited to 60¢ per lb. per article, or for the entire contents of the entire storage lot does not exceed and is limited to $2,000, upon which declared or agreed value the rates are based, the depositor or owner having been given the opportunity to declare a higher valuation without limitation in case of loss or damage from any cause which would make the company liable to pay the higher rate based thereon.

INSURANCE VALUATION $ **.60 per pd.** @ _____ per $100.00 _____    $ _____

EXCESS VALUATION $ _____ @ .10 per $100 per month    $ _____

ESTIMATED TOTAL    $ **511.00** pre paid

SPECIAL REMARKS _____

| EXCESS VALUES | |
|---|---|
| ITEM | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |

### READ REVERSE SIDE FOR TERMS & CONDITIONS COVERING THIS STORAGE CONTRACT
### STORAGE RATES DO NOT INCLUDE INSURANCE COVERAGE

COPY OF THIS CONTRACT RECEIVED

Permanent Address _____
Signature **Susan Winton**
(Owner or Authorized Agent)
Accepted by _____
For **FLORIDA MOVING SYSTEMS, INC.**

MILBIN PRINTING, INC., 1290 MOTOR PKWY, HAUPPAUGE, NY 11788 (516) 582-8900

(4)    Form 260 B

**STORAGE CONTRACT**

**FLORIDA MOVING SYSTEMS, INC.**
"Our Florida Moving Specialists"
280 NORTH DRIVE
MELBOURNE, FL 32934
(407) 259-4330   (800) 283-MOVE

FMS 5138

COPY Nº

_____ 19 ___

Name of Depositor **Susan Winton** _____ Tel _____
Address **HG Depot USA, Indialantic, Fl.** _____ Apt. _____
Call to pack on _____ Send on _____ to remove for storage
Approximately _____ cu. ft. _____
To be stored at **280 North Dr. Melbourne, Fl. 32934** _____
at the following rates subject to the conditions hereinafter set forth based on the value declared by the depositor.

**RATES:**                                                                                   **ESTIMATED CHARGE:**

CARTAGE IN __1__ Van __2__ Men @ $_____ per hr. plus _____ hr. travel time   $ **230.00**
~~WAREHOUSE LABOR IN~~ @ $_____ per cu. ft. **Crate**                           $ **30.00** *
STORAGE Per Month @ $_____ per cu. ft. _____                            $ **80.00**
PACKING: ___ Barrels $___ ea. ___ Bk. Ctns. $___ ea. ___ Lg. Ctns. $___ ea.     $ **171.00**
         ___ Boxes $___ ea. ___ Padding $___ per cu. ft. _____
Mattress Ctns. $___ ea. ___ Crates $___ ea. ___ Dust Covers $___ ea.
RUGS-CARPETS: Dust Clean @ _____ per sq. ft. Shampoo @ _____ per sq. ft.
___ Moth Pack @ _____ per sq. ft. _____

Unless a greater valuation is stated herein, the depositor or owner declares that the value in case of loss or damage arising out of storage, transportation, packing, unpacking, fumigation, cleaning or handling of the goods and the liability of the company for any cause for which it may be liable for each or any piece or package and the contents thereof does not exceed and is limited to 60¢ per lb. per article, or for the entire contents of the entire storage lot does not exceed and is limited to $2,000, upon which declared or agreed value the rates are based, the depositor or owner having been given the opportunity to declare a higher valuation without limitation in case of loss or damage from any cause which would make the company liable to pay the higher rate based thereon.

INSURANCE VALUATION $ **.60 per pd.** @ _____ per $100.00 _____ $ _____
EXCESS VALUATION $ _____ @ .10 per $100 per month $ _____
                                            ESTIMATED TOTAL $ **511.00** Pre-paid

SPECIAL REMARKS _____

| EXCESS VALUES | |
|---|---|
| ITEM | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |

**READ REVERSE SIDE FOR TERMS & CONDITIONS COVERING THIS STORAGE CONTRACT**
**STORAGE RATES DO NOT INCLUDE INSURANCE COVERAGE**
COPY OF THIS CONTRACT RECEIVED

Permanent Address _____
Signature **X Susan Winton**
(Owner or Authorized Agent)
Accepted by _____
For **FLORIDA MOVING SYSTEMS, INC.**

MILBIN PRINTING, INC., 1290 MOTOR PKWY, HAUPPAUGE, NY 11788 (516) 582-8900

(5)   Form 260 B

Date Serv. Req'd 3/7/02
Pack Date
Delivery Date Req'd 3/7/02
ORDER TAKEN BY:

SHIPPER IS REQUESTED TO READ THIS DOCUMENT BEFORE SIGNING AND ASK FOR AN EXPLANATION OF ANYTHING NOT CLEAR OR INCONSISTENT WITH ANY PREVIOUS REPRESENTATION. THIS WILL CONFIRM INSTRUCTIONS AND AUTHORIZE YOU TO MOVE, SHIP, PACK, STORE, AND/ OR PERFORM THE SERVICES HEREON:

FROM: WINTON, SUSAN
STE DEPOT USA
INDIALANTIC, FL
CELL-AST-5206    PHONE 728-0851

TO: WINTON, SUSAN
C/O
MELBOURNE, FL

SPECIAL INSTRUCTIONS

**Notifying and Billing Address**
Shipper is requested to Supply an Address and Contact Method. (If no address or phone is available, write "None")

STORAGE ORDERED
☒ In Transit  ☐ Regular

A charge will be made for handling in and out of storage and for wrapping, moth treating and accessorial services.

NOTICE OF CHANGE OF ADDRESS OF DEPOSITOR MUST BE GIVEN TO COMPANY IN WRITING. GOODS MAY BE STORED IN ANY DEPOSITORY IN:
Name of
Also subject to order of
Spec. Stge. Instructions

**Description of Property:**

| ITEMS | CONTAINERS QUANTITY | RATE | AMOUNT | PACKING QUANTITY | RATE | AMOUNT | UNPACKING QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| BARREL, DISH-PACK DRUM, ETC. | | | | | | | | | |
| CARTONS: LESS THAN 3 CUBIC FEET | | | | | | | | | |
| 3 CUBIC FEET | | | | | | | | | |
| 4 1/2 CUBIC FEET | | | | | | | | | |
| 6 CUBIC FEET | | | | | | | | | |
| 6 1/2 CUBIC FEET | | | | | | | | | |
| WARDROBE CARTON, NOT LESS THAN 10 CU. FT. | | | | | | | | | |
| MATTRESS CARTON, CRIB | | | | | | | | | |
| MATTRESS CARTON (NOT EXCEEDING 39" X 75") | | | | | | | | | |
| MATTRESS CARTON (NOT EXCEEDING 54" X 75") | | | | | | | | | |
| MATTRESS CARTON (EXCEEDING 54" X 75") | | | | | | | | | |
| MATTRESS CARTON (39" X 80") | | | | | | | | | |
| MATTRESS COVER (PLASTIC OR PAPER) | | | | | | | | | |
| CORRUGATED CONTAINERS: | | | | | | | | | |
| CRATES: | | | | | | | | | |
| GROSS MEASUREMENT OF CRATE OR CONTAINER | | | | | | | | | |

TOTAL CONTAINERS PACKING AND UNPACKING

| | TOTAL CONTAINER CHARGES | TOTAL PACKING CHARGES | TOTAL UNPACKING CHARGES | | |
|---|---|---|---|---|---|
| WEIGHT OF SHIPMENT (Weight tickets attached) | | | | | |
| Gross Weight ___ Lbs. Weighmaster ___ | | PACKING | hours @ | 171 | 00 |
| Tare Weight ___ Lbs. Weighmaster ___ | | UNPACKING | hours @ | | |
| Actual weight of shipment ___ Lbs. | | | TOTAL $ | | |
| | | | Sales Tax | | |

**INSURANCE/FULL VALUE PROTECTION**
The shipper declares the actual cash value of this shipment to be $ ___
☐ Transit Rate $ ___ per $100.00 Premium $ ___
☐ Storage Rate $ ___ per $100.00 Premium $ ___ per mo.
Authorized Signature X

**TIME RECORD**
Left Whse ___ A.M./P.M.  Start ___ A.M./P.M.  Finish ___ A.M./P.M.
Travel ___ A.M./P.M.  Back Whse ___ A.M./P.M.  Off Hrs. ___
TOTAL HOURS ___ @ ___

| | | | | |
|---|---|---|---|---|
| Transportation | miles | lbs. | per cwt. | |
| 1 Vans | 2 men | hrs. | per hr. | |
| | men extra | hrs. | per hr. | |
| Overtime rate | | hrs. | per hr. | |
| Cartage (in or out) | miles | lbs. | per cwt. | |
| Warehouse handling | | lbs. | per cwt. | |
| Storage in transit | days | lbs. | per cwt. | 80 00 |
| Storage P/U | | | per mo. | 230 00 |
| Crate | | | | 30 00 |

**CUSTOMER'S DECLARED VALUE AND LIMIT OF COMPANY'S LIABILITY**
Since rates are based on the declared value of the property, and the customer (Shipper) is required to declare in writing the released value of the property, the agreed or declared value of the property is hereby specifically stated to be not exceeding ___ cents per pound per article for transportation purposes,
OR .60 cents per pound per article for regular storage purposes.
Release shipment at higher valuation for entire shipment at $ ___ per lb.
Signature ___
The customer (shipper) hereby declares valuations in excess of the above limits on the following articles: ___

**INSURANCE/FULL VALUE PROTECTION**

ALL CHARGES PAYABLE IN CASH, CERTIFIED CHECK OR MONEY ORDER BEFORE PROPERTY IS RELINQUISHED BY CARRIER.
I have read this contract, understand and agree to the limit of liability as set forth above, to the provisions on both sides and received a copy.

Sign Here X ___
Customer

Receipt For Goods ___ Date ___ 02
Driver

*PREPAID* TOTAL PACKING TOTAL $ 511 00
Goods received in good condition except as noted hereon.

Delivery Receipt X Susan Winton
Customer
Received Payment ___ Date 3/7/02
For Company ___ Driver

(6)

MILBIN PRINTING INC., 1290 MOTOR PARKWAY, HAUPPAUGE, NY 11749 (631) 582-8900    Form # 401

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

| | | |
|---|---|---|
| Customer Name | SUSAN WINTON | Page # 1 |
| Origin City, State | INDIATLANTIC FL. | Tag Color RED  Lot # GE 17252 |
| Destination City, State | W. MELBOURNE FL. | |

**PART & LOCATION**: 1 Arm, 2 Bottom, 3 Corner, 4 Front, 5 Left, 6 Leg, 7 Rear, 8 Right, 9 Side, 10 Top, 11 Veneer, 12 Edge, 13 Center, 14 Seat, 15 Drawer, 16 Inside, 17 Door, 18 Shelf, 19 Hardware

**EXACT DAMAGE**: BE Bent, BR Broken, BU Burned, CH Chipped, D Dented, F Faded, G Gouged, L Loose, M Marred, MI Mildew, R Rubbed, RU Rusted, SC Scratched, SH Short, SO Soiled, S Stretched, T Torn, W Worn, WP Warped, WS Water-stained, WT Wet, Z Cracked

**DESCRIPTIVE SYMBOLS**: CD Carrier Disassembled, CP Carrier Packed, CU Contents and Condition Unknown, DBO Disassembled By Owner, MCU Mechanical Condition Unknown, PB Professional Books, PBO Packed By Owner, PE Professional Equipment, PP Professional Papers, SW Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 1 | | WARDROBE CTN | | PBO CU | |
| 2 | | PLASTIC BIN | | PBO CU | |
| 3 | | PLASTIC BIN | | CU | / |
| 4 | | SM. CTN | | PBO CU | //// |
| 5 | | GYM BAG | | CU | |
| 6 | | SM. CTN | | PBO CU | /// LH |
| 7 | | LOBSTER TABLE | | W | //// |
| 8 | | AB EXERSIZER | | SC, M 8,5,9 | |
| 9 | | PLASTIC BIN | | CLOTHES | |
| 10 | | PLASTIC BIN | | CLOTHES | |
| 11 | | DUFFEL BAG | | W | /// |
| 12 | | PLASTIC BIN | | CU | |
| 13 | | PLASTIC BIN | | CU | |
| 14 | | SM. CTN | | PBO CU | |
| 15 | | SM. CTN | | PBO CU | // |
| 16 | | SM. CTN | | PBO CU 10,12 SC, M 8,5,9 | // |
| 17 | | QUILT RACK | | R, W, F | |
| 18 | | PLASTIC BIN | | CU | |
| 19 | | MED CTN | | PBO CU | |
| 20 | | STEP LADDER | | RU, SO, W | |
| 21 | | SM. CTN | | PBO CU | |
| 22 | | WARDROBE CTN | | PBO CU | |
| 23 | | SM. CTN | | PBO CU | |
| 24 | | SM. CTN | | PBO CU | |
| 25 | | PLASTIC BIN | | PBO CU | |
| 26 | | SM. CTN | | PBO CU | |
| 27 | | SM. CTN | | PBO CU | |
| 28 | | SM. FOLDING TABLE | | CH, D 3,12 | |
| 29 | | SM. FOLDING TABLE | | CH 10,3 8,5,9,4,7,2 | |
| 30 | | SM. ROCKING CHAIR | | CH 8,5,9,4,7,2 | |

**Remarks:**

**IMPORTANT NOTICE:** Before signing -- check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number; 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

| | Driver | Code | Date | | Driver | Code | Date |
|---|---|---|---|---|---|---|---|
| AT ORIGIN | Customer  Susan Winton | | 3-7-0 | AT DESTINATION | Customer | | |

Customer Copy - Give to party signing at time of loading.   Form 14(6/99)

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

| Part, Exact Damage, At Location | Driver or Agent # | | Page # 2 | # of Pages |
|---|---|---|---|---|
| (diagram) | Customer Name | | Contract # | |
| | Origin City, State | | Tag Color RED | Lot # GE17252 |
| | Destination City, State | | GBL # | |

**PART & LOCATION**
1 Arm  2 Bottom  3 Corner  4 Front  5 Left  6 Leg  7 Rear  8 Right  9 Side  10 Top  11 Veneer  12 Edge  13 Center  14 Seat  15 Drawer  16 Inside  17 Door  18 Shelf  19 Hardware

**EXACT DAMAGE**
BE Bent  BR Broken  BU Burned  CH Chipped  D Dented  F Faded  G Gouged  L Loose  M Marred  MI Mildew  R Rubbed  RU Rusted  SC Scratched  SH Short  SO Soiled  S Stretched  T Torn  W Worn  WP Warped  WS Water-stained  WT Wet  Z Cracked

**DESCRIPTIVE SYMBOLS**
CD Carrier Disassembled  CP Carrier Packed  CU Contents and Condition Unknown  DBO Disassembled By Owner  MCU Mechanical Condition Unknown  PB Professional Books  PBO Packed By Owner  PE Professional Equipment  PP Professional Papers  SW Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 31 | | MED CTN | | PBO CU | |
| 32 | | SM. CTN | | PBO CU | |
| 33 | | DISH PACK | | PBO CU | |
| 34 | | TABLE BASE | | CH, SC, R, M 6,5,9,4,7 CH 10,12 | |
| 35 | | FLAT CTN | | PBO CU | |
| 36 | | OVER NIGHT BAG | | W 9 | |
| 37 | | SM. CTN | | PBO CU | |
| 38 | | LAUNDRY BASKET | | SO | |
| 39 | | 3.1 CTN | | PBO C.B. | |
| 40 | | WOOD FLOWER HOLDER | | W, CH, M 2,5,9,4,7 | |
| 41 | | SM. CTN | | PBO CU | |
| 42 | | SM. CTN | | PBO CU | |
| 43 | | DISH PACK | | PBO CU | |
| 44 | | SM. CTN | | PBO CU | |
| 45 | | MICROWAVE | | SC 10 MCU | |
| 46 | | SM. TABLE | | F, R, SC 10 CH 6,12 SC 6 | |
| 47 | | DISH PACK | | PBO CU | |
| 48 | | TABLE | | SC 10 SC, CH, Z 9,5 SC, CH 10,12,5 | |
| 49 | | TACKLE BOX | | CU | |
| 50 | | 3.1 CTN | | CP | |
| 51 | | STEREO CABINET | | SC 10 R 10,7,3,5 | |
| 52 | | SM. END TABLE | | SC, F, W 10 CH 10,12,5 SC, CH 8,5,9 | |
| 53 | | | 1 | CH, SC 4,9,12,5 L FRAME | |
| 54 | | 1.5 CTN | | PBO CU | |
| 55 | | SM. CTN | | PBO CU | |
| 56 | | SM. CTN | | PBO CU | |
| 57 | | CHEST O DRAWERS | | SC, M 10 SC 6,5 CH 2,15,9,9 SC, M 4 SC, R 8,5,9 | |
| 58 | | 1.5 CTN | | CP | |
| 59 | | 5 GALLON BUCKET | | ~~(scratched out)~~ | |
| 60 | | GARBAGE CAN | | WATER HOSES INSIDE | |

**Remarks:**

**IMPORTANT NOTICE:** Before signing -- check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

| AT ORIGIN | Driver (signature) | Code 168 | Date 3-7-02 | AT DESTINATION | Driver | Code | Date |
|---|---|---|---|---|---|---|---|
| | Customer Susan Winton | | Date 3-7-02 | | Customer | | Date |

Form 14 (6/99)