# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

| PART, EXACT DAMAGE, AT LOCATION | Driver or Agent # | | Page # 3 | # of Pages |
|---|---|---|---|---|
| (diagram) | Customer Name | | Contract # | |
| | Origin City, State | | Tag Color | Lot # |
| | Destination City, State | | GBL # | |

| PART & LOCATION | | EXACT DAMAGE | | DESCRIPTIVE SYMBOLS | |
|---|---|---|---|---|---|
| 1 Arm | 10 Top | BE Bent | RU Rusted | CD Carrier Disassembled | |
| 2 Bottom | 11 Veneer | BR Broken | SC Scratched | CP Carrier Packed | |
| 3 Corner | 12 Edge | BU Burned | SH Short | CU Contents and Condition Unknown | |
| 4 Front | 13 Center | CH Chipped | SO Soiled | DBO Disassembled By Owner | |
| 5 Left | 14 Seat | D Dented | S Stretched | MCU Mechanical Condition Unknown | |
| 6 Leg | 15 Drawer | F Faded | T Torn | PB Professional Books | |
| 7 Rear | 16 Inside | G Gouged | W Worn | PBO Packed By Owner | |
| 8 Right | 17 Door | L Loose | WP Warped | PE Professional Equipment | |
| 9 Side | 18 Shelf | M Marred | (WS) Water-stained | PP Professional Papers | |
| | 19 Hardware | MI Mildew | (WT) Wet | (SW) Shrink Wrap | |
| | | R Rubbed | Z Cracked | | |

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 61 | | PLASTIC BIN | | | |
| 62 | | OVERNIGHT BAG | | CU | |
| 63 | | PICTURE PAPER WRAPPED | | CU REPACKED IN FLAT CTN | |
| 64 | | WARDROBE CTN | | PBO CU | |
| 65 | | PAPER WRAPPED BUNDLE | | CANES, MOPS ETC. | |
| 66 | | 4.5 CTN | | CP | |
| 67 | | FLAT CTN | | PBO CU | |
| 68 | | PAIR OF SNOW SHOES | | | |
| 69 | | SLEEPING BAG | | | |
| 70 | | SM. CTN | | PBO CU | |
| 71 | | FISHING RODS & REELS | | 3 RODS, 2 REELS MCU | |
| 72 | | DIVE GEAR BAG | | CU | |
| 73 | | WOOD PICTURE | | W 4+12⁵ CH 10,8⁵ CH 2,12⁵ | |
| 74 | | 3.1 CTN | | CP WOOD BOWL PICTURES | |
| 75 | | PLASTIC DRAWER BIN | | SO⁹ | |
| 76 | | PLASTIC BIN | | CU | |
| 77 | | WOOD TABLE BASE | | SC, D¹⁰ | |
| 78 | | WOOD PELICAN CARVING | | | |
| 79 | | BASKET | | W | |
| 80 | | CAMPING STOVE | | RU M, SO SC¹⁰⁺⁹⁵ MCU | |
| 81 | | 4.5 CTN | | CP | |
| 82 | | BOOK SHELF | | D 2,4,5,13 SC 10 | |
| 83 | | BOOK SHELF | | SC 8,9 CH 2,7,8,3 CH 10,8,17 4,15,12 | |
| 84 | | WOOD IRONING BOARD | | SC Z, G¹⁰ R SC M 8,6 10,4 | |
| 85 | | CHAIR | | SC R, M 4+8,9 Z 4,10,6 SC F | |
| 86 | | RED WOOD TABLE TOP | | PBO PARTIALLY WRAPPED | |
| 87 | | WOOD CABINET | | CH 10,7,5,12 CH 11,4,10,12 M 4 | |
| 88 | | SM. CTN | | PBO CU | |
| 89 | | CONSOLE STEREO | | SC M 10 D, CH 2,4,12 R 10,12⁵ MCU | |
| 90 | | QU MATTRESS | | PBO | |

**Remarks:**

**IMPORTANT NOTICE:** Before signing -- check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

| AT ORIGIN | Driver | Code | Date 3-7-02 | AT DESTINATION | Driver | Code | Date |
|---|---|---|---|---|---|---|---|
| | Customer | | Date 3-7-02 | | Customer | | Date |

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

| Field | Value | Field | Value |
|---|---|---|---|
| Driver or Agent # | | Page # | |
| Customer Name | | Contract # | |
| Origin City, State | | Tag Color | Lot # |
| Destination City, State | | GBL # | |

**PART & LOCATION**
1 Arm, 2 Bottom, 3 Corner, 4 Front, 5 Left, 6 Leg, 7 Rear, 8 Right, 9 Side
10 Top, 11 Veneer, 12 Edge, 13 Center, 14 Seat, 15 Drawer, 16 Inside, 17 Door, 18 Shelf, 19 Hardware

**EXACT DAMAGE**
BE Bent, BR Broken, BU Burned, CH Chipped, D Dented, F Faded, G Gouged, L Loose, M Marred, MI Mildew, R Rubbed, RU Rusted, SC Scratched, SH Short, SO Soiled, S Stretched, T Torn, W Worn, WP Warped, W/S Water-stained, W/T Wet, Z Cracked

**DESCRIPTIVE SYMBOLS**
CD Carrier Disassembled, CP Carrier Packed, CU Contents and Condition Unknown, DBO Disassembled By Owner, MCU Mechanical Condition Unknown, PB Professional Books, PBO Packed By Owner, PE Professional Equipment, PP Professional Papers, SW Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 91 | | QU - BOX SPRING | | PBO | |
| 92 | | 4.5 CTN | | CP | |
| 93 | | 3.1 CTN | | CP | |
| 94 | | DISH PACK | | CP GLASSWARE | |
| 95 | | 4.5 CTN | | CP POPDOLL, BASKETS | |
| 96 | | GLASS FRONT CABINET | | F 8,1 WD PIECE MISSING 4,5,3 | |
| 97 | | COFFEE TABLE | | F 10 Z 19,13 | |
| 98 | | SM. CTN | | PBO CU | |
| 99 | | LEATHER SOFA | | S 5,9 R 5,9 | |
| 100 | | POLE LAMP | | R,M 9,5 R,M 2 | |
| 101 | | POLE LAMP | | SC R 9,5 SC 7 | |
| 102 | | SM. CTN | | PBO CU | |
| 103 | | MED CTN | | PBO CU | |
| 104 | | COOLER | | GO 10 | |
| 105 | | CARRY BAG | | | |
| 106 | | SM. CTN | | PBO CU | |
| 107 | | SM. PLASTIC BIN | | PBO CU | |
| 108 | | SM. TABLE | | SC R 10, 10,12 SC 6,5 R 7,16 | |
| 109 | | SM. CTN | | PBO CU | |
| 110 | | BACK PACK | | | |
| 111 | | PLASTIC BIN | | CU | |
| 112 | | METAL HIWAY SIGN | | SC, CH, M 4 | |
| 113 | | PLANT STAND | | ON 2 CH, G 10,12,5 | |
| 114 | | 1.5 CTN | | CP PICTURES | |
| 115 | | SYLVANIA CONSOLE COLOR T.V. | | SC, M, G 10 CH 11,12,12,5 G 2,4,8,3 MCU | |
| 116 | | PLASTIC BIN | | CU | |
| 117 | | PLASTIC BIN | | CU | |
| 118 | | PLASTIC BIN | | CU | |
| 119 | | PLASTIC BIN | | CU | |
| 120 | | MED CTN | | PBO CU | |

Remarks:

**IMPORTANT NOTICE:** Before signing -- check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

| | Driver | Code | Date | | Driver | Code | Date |
|---|---|---|---|---|---|---|---|
| AT ORIGIN | [signature] | 16B | 3-7-02 | AT DESTINATION | | | |
| | Customer Susan Winton | | 3-7-02 | | Customer | | |

(10)

Customer Copy - Give to party signing at time of loading.          Form 14(6/99)

| Number | Item Description | Description of Damage |
|---|---|---|
| 121 | LG CTN | CP "167 GARBAGE CAN" |
| 122 | PLASTIC BINS | CU "168 METAL MILK CRATE" |
| 123 | | 169 MIRROR CTN CP |
| 124 | | 170 MIRROR CTN CP |
| 125 | | 171 MIRROR CTN CP |
| 126 | | 172 LG CTN CP |
| 127 | | 173 SM CTN PBO CU |
| 128 | | 174 SM CTN CP |
| 129 | | 175 DCP BOWLS |
| 130 | | 176 UNPACKED ? |
| 131 | | |
| 132 | MED CTN | PBO CU |
| 133 | MED CTN | PBO CU |
| 134 | PLASTIC TOTE | PBO CU |
| 135 | PLASTIC TOTE | PBO CU |
| 136 | WOOD TRUNK | D, SC 10+104 |
| 137 | PLASTIC BIN | PBO CU |
| 138 | PLASTIC BIN | PBO CU |
| 139 | PLASTIC BIN | PBO CU |
| 140 | PLASTIC BIN | PBO CU |
| 141 | PLASTIC BIN | PBO CU |
| 142 | PLASTIC BIN | PBO CU |
| 143 | PLASTIC BIN | PBO CU |

Customer's Signature: _Susan Wixon_  Date: 3-7-02
By: _Marty___  Date: 3-7-02

WHITE COPY TO NAVL 1ST. WAYNE
YELLOW COPY TO CUSTOMER
PINK COPY TO PACKER

FORM NO. 1885A (REV. 10/02)

(11)

| Inventory Number | Description | Description of Goods |
|---|---|---|
| 144 | TELEVISION + CRATE | M R SC |
| 145 | SM CTN | PBO CU |
| 146 | PLASTIC BIN | CU |
| 147 | PLASTIC BIN | CU |
| 148 | LS CTN | CP |
| 149 | PLASTIC BIN | CU |
| 150 | MED CTN | PBO CU |
| 151 | PLASTIC BIN | PBO W |
| 152 | PLASTIC BIN | CU |
| 153 | PLASTIC BIN | CU |
| 154 | XMAS TREE STAND | |
| 155 | FOLDING TABLE | R,M 4,7 |
| 156 | WOODEN TRUNK | G,F,H 10,4,12 CH,O 7 SCR #94 |
| 157 | POLE LAMP | |
| 158 | ROCKING CHAIR | CH 10, 3,5,9 CH ROCKER ARMS |
| 159 | LG CTN | PBO CU |
| 160 | PAIR SNOW SKIS + BAG | |
| 161 | PLASTIC TOTE | |
| 162 | TURTLE STEP STOOL | |
| 163 | CRATE | GLASS LAMP SHADE |
| 164 | PLASTIC MILK CRATE | PAPERS, FILES |
| 165 | TIRES ON 4 | |
| 166 | SANSUI COLOR TV, VCR | R,A 10 SC 10,7 |

CUSTOMER'S SIGNATURE: Susan Winter   DATE 3-2-02   BY [signature]   DATE 3/7/02

AGENT _____   CODE _____

(12)

## Susan Winton

| | |
|---|---|
| **From:** | "Susan Winton" <winton@alaska.net> |
| **To:** | "Tracy Cody" <tcody@flmove.com> |
| **Sent:** | Monday, March 24, 2003 10:05 PM |
| **Subject:** | Re: MOVING ESTIMATE |

Hi Tracy, Sorry I haven't been in touch before now. I live on a computer all day and it is hard to turn mine on when I get home. Didn't realize I'd have real mail instead of junk. No problem with the $88 charge. Go ahead and process. I am working on the $5,700 moving cost and hope to give you a go ahead in about a month and a half. Please check on the cost of insuring the load and let me know at your earliest convenience. Thanks a bunch for your help.

Susan

---- Original Message ----
**From:**
**To:**
**Sent:** Friday, March 14, 2003 6:20 AM
**Subject:** RE: MOVING ESTIMATE

Hi Susan, I will be billing your card today for $88.00, we had a slight increase effective 3/1/03. Please let me know if it ok to process this charge.

Good luck dealing w/ Uncle Sam.

Thanks,
Tracy

-----Original Message-----
**From:** Susan Winton [mailto:winton@alaska.net]
**Sent:** Thursday, March 13, 2003 9:55 PM
**To:** Tracy Cody
**Subject:** Re: MOVING ESTIMATE

Hi Tracy, Got your estimate. I am working on paying down my AMX so that I can ship, but then I got hit with a $3,500 tax return to pay so it may take me another month or so. I'll keep in touch. In the meantime just let me know each month when you are going to charge me. Thanks. Hopefully it will be soon.

---- Original Message ----
**From:**
**To:**
**Sent:** Thursday, February 20, 2003 4:52 AM
**Subject:** MOVING ESTIMATE

GOOD MORNING SUSAN,

THE PRICE TO RELOCATE YOUR GOODS FROM MELBOURNE, FL TO ANKORAGE, AK IS $5796.55. YOUR SHIPMENT WEIGHS 5160LBS. THIS IS A DOOR TO DOOR PRICE. I WILL GO AHEAD AND PROCESS YOUR CREDIT CARD FOR $80.00 FOR STORAGE 2/7-3/08/03. LET ME KNOW WHEN YOU ARE READY TO SHIP TO ALASKA.
THANKS,
TRACY
Florida Moving Systems

per Sherrie  800-283-6683

7/20/2003

(13)

## Susan Winton

**From:** "Susan Winton" <winton@alaska.net>
**To:** "Tracy Cody" <tcody@flmove.com>
**Sent:** Wednesday, April 16, 2003 7:27 PM
**Subject:** Re: IT'S THAT TIME AGAIN.

Hi Tracy, Yep its okay to charge my card for that time period but I should tell you that I plan to ship everything up here in early May. I will be putting a large sum on my American Express card this month and I have been working on it for awhile so we are almost at the $5,700 available credit mark. I would like to get a quote for insurance if that is possible with this shipment. Let me know. I will also give you a date for shipping. Do I have to prepay the whole thing or pay when it arrives? Again, let me know. Thanks.

Susan 4/16/03

> ----- Original Message -----
> **From:**
> **To:**
> **Sent:** Tuesday, April 15, 2003 9:08 AM
> **Subject:** IT'S THAT TIME AGAIN.
>
> Hi Susan, wanted to make sure it is ok to charge your credit card $88.00 for storage 4/7/03-5/6/03. let me know.
> Thanks,
> Tracy

7/20/2003

14



# North American Van Lines
# Florida Moving Systems

280 North Drive
Melbourne, Florida 32934
(321) 259-4330   Fax (321) 259-4511

## Fax Cover Sheet

Company: _Susan Winton_

Attention: _____   Phone: _____

Fax: _907-277-4657_   Reference Number: _9692_   3 pages
Date: _4/24/03_   Number of pages: _9692/9_

From: Tracy Cody/ Sales Coordinator   Extension: 19

Comments:

Susan,

Sign @ Both areas marked XX. fax to 321-259-4511.

Thanks, Tracy

(15)

# northAmerican® ORDER FOR SERVICE

P.O. BOX 988
FT. WAYNE, IN 46801-0988
MC - 107012   (260) 429-2511   (800) 348-2111   Visit us at www.navl.com

REFERENCE #: 96921400

**ORIGIN INFORMATION**
- Customer: WINTON
- Street: 280 NORTH DR
- City/ST/Zip: MELBOURNE, FL 32934
- Co: BREVARD
- Day Phone/Fax: 999-999-9999
- Eve Phone:
- Pager/Cell Phone:
- E-Mail Address:
- AGREED LOAD: 04/28/03 TO 04/30/03
- ACTUAL LOAD DATE:

**DESTINATION INFORMATION**
- Customer: WINTON
- Street: 909 W 80TH AVE
- City/ST/Zip: ANCHORAGE, AK 99518
- Co: ANCHORAG
- Day Phone/Fax: 907-344-4511
- Eve Phone:
- Pager/Cell Phone:
- E-Mail Address:
- AGREED DELIVERY: 05/21/03 TO 06/11/03
- ACTUAL DELIVERY DATE:

**AGENT INFORMATION**
- Selling Agent: FLORIDA/W MELBO286 2  Code: 1680  Phone: 321-259-4330
- Origin Agent: FLORIDA/W MELBO286 2  Code: 1680  Phone: 321-259-4330
- Destination Agent: AIR VAN/ANCHORA275 4  City: ANCHORAGE  ST: AK  Code: 1989  Phone: 907-272-0536

Customer requests carrier to transport household goods under the terms and conditions listed on the back of the Bill of Lading.

X Susan Winton (Customer to sign before loading)

**Estimated Charges plus 10% (Non-Binding Estimates Only)**
$5796.55   (See back)
☐ GP  ☐ GNTE  $ _____

Safety is our 1st Move

Notice: Carrier's tariffs are incorporated by reference. See Reverse Side.

Charges payable in cash or certified check made payable in US currency to North American Van Lines, Inc.

**Alternate Contact:** ☐ Orig ☐ Dest
- Name:
- Day Phone:
- Eve Phone:
- Pager/Cell Phone:
- E-Mail Address:

**SIGNATURE REQUESTING SPECIAL SERVICES**
- X ___ 5000 lbs Expedited ordered by customer.
- X ___ Deliver on or before ___
- X ___ Exclusive Use of ___ cu ft vehicle ordered (Min 1400 cf 5500 lbs)
- ☐ Space Reservation
- ___ cu ft ordered (Min 300 cu ft 2100 lbs)

TARIFF ___ GBL/PO # ___ ☐ GP
Cr Card Auth # ___ Amt ___
☐ NTE  ☒ NSO  NOAM # ___

☒ COD — Charges payable before delivery

INVOICE TO: Cust # ___ Name ___
Address ___
City ___ ST ___ Zip ___ Attn ___

**VALUATION STATEMENT** — THIS IS A TARIFF LEVEL OF CARRIER LIABILITY - IT IS NOT INSURANCE

CUSTOMER'S DECLARATION of VALUE
You must select, in your own handwriting, one of the following two options for your shipment. The option you select establishes your mover's maximum liability for your goods, subject to the rules contained in your mover's tariff.

**OPTION 1: Maximum Value Protection Plan.** If any article is lost, destroyed or damaged while in your mover's custody, your mover will either 1) repair the article to the extent necessary to restore it to the same condition as when it was received by your mover, or pay you for the cost of such repairs; or 2) replace the article with an article of like kind and quality or pay you for the cost of such a replacement. An additional charge applies for this option.

To select Option 1, you must write on the line below, either a lump sum dollar amount for the value of your shipment that may not be less than $5000, or an amount per pound that may not be less than $5.00 per pound, whichever is greater.

The value of my shipment is: ___
You must also select one of the following deductible amounts that will apply for your shipment.
No Deductible (___) $250 deductible (___) $500 deductible (___)
(initial) (initial) (initial)

**OPTION 2: Released Value of 60 Cents Per Pound Per Article.** If any article is lost, destroyed or damaged while in your mover's custody, your mover's liability is limited to the actual weight of the lost, destroyed or damaged article multiplied by 60 cents per pound per article. This is the basic liability level and is provided at no charge. It is considerably less than the average value of household goods.

To select Option 2, you must write on the line below, the words "60 cents per pound."
The value of my shipment is: .60 per pound

Your signature is required here: I acknowledge that I have 1) declared a value for my shipment and selected a deductible amount if appropriate, and 2) received and read a copy of the mover's brochure explaining those provisions and the applicable charges.

X Susan Winton (Customer's Signature) (Date)

**EXTRAORDINARY (UNUSUAL) VALUE ARTICLE DECLARATION** — I acknowledge that I have prepared and retained a copy of the "Inventory of Items Valued In Excess of $100 Per Pound Per Article" that are included in my shipment and that I have given a copy of this inventory to the mover's representative. I also acknowledge that the mover's liability for loss of or damage to any article valued in excess of $100 per pound will be limited to $100 per pound for each pound of such lost or damaged article (based on actual article weight), not to exceed the declared value of the entire shipment, unless I have specifically identified such articles for which a claim for loss or damage is made on the attached inventory.

X ___ (Customer's Signature) (Date)

**STORAGE IN TRANSIT (SIT)**  S.I.T. AT ☐ ORIG ☐ DEST  WAS THERE PARTIAL DELIVERY AT S.I.T.? ☐ YES ☐ NO
SIT CONTROL # ___  Warehouseman Accepting Shipment Into SIT ___
S.I.T. AGENT ___ CODE ___ STORAGE WEIGHT ___ LBS
CITY ___ COUNTY ___ ST ___ ZIP ___
ACTUAL STORAGE DATES: IN __/__/__ OUT __/__/__ PICKUP/DELIVERY MILES ___

| DRIVER NAME/VEHICLE # | DRIVER CODE | WEIGHT | SET-OFF AGENT CODE | VAN TO VAN | CITY | ST |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**COMMENTS:** ESTIMATED CHARGES BASED ON 5100#. ACTUAL CHARGES BASED ON ACTUAL WEIGHT AND SERVICES PROVIDED.

CUSTOMER SIGNATURE REQUIRED ON BILL OF LADING AT TIME OF DELIVERY

CARRIER AGREES TO TRANSPORT THE GOODS AND EFFECTS TENDERED BY THE CUSTOMER SUBJECT TO THE PRECEDING TERMS AND CONDITIONS.

X ___ Carrier/Authorized Agent
APU# ___

B/L Rated by ___
Code ___
Rated by phone ☐  Rated by FAX ☐
X ___ Driver

NAVL COPY

DP-9 (4-02)

(16)



04/24/2003  03:49   425-348-4223                AIR VAN N/AMERICA                          PAGE  02/02


*Susan Winton*



North American Van Lines, Inc.
PO Box 988
Ft Wayne, IN 46801-0988 (260) 429 - 2511 MC-107012

# Estimate

| Customer | | NAVL Reference Number | |
|---|---|---|---|
| Origin Address | | | |
| City, State Zipcode | 32934 | Weight 5100  Miles 2500 | |
| Destination Address | | Move Date 4/24/03 | |
| Dest City, State Zip | 99501 | | |

|  | Amount | Discount | Net Amount |
|---|---|---|---|
| Transportation: | | | |
| Linehaul | 12,348.06 | 7,152.84 | 5,195.22 |
| Auto Program | " | - | - |
| Origin Service Fee | 127.50 | 82.88 | 44.63 |
| Destination Service Fee | 304.98 | 137.24 | 167.74 |
| Total Transportation | 12,780.54 | 7,372.96 | 5,407.59 |
| Fuel Surcharge | 617.40 | 401.31 | 216.09 |
| Insurance Surcharge | 493.92 | 321.05 | 172.87 |
| Valuation  $  -   60 cents/lb | - | - | - |
| Packing Materials & Labor | - | - | - |
| Unpacking Labor | - | - | - |
| Total Packing & Unpacking | - | - | - |
| Other Accessorial Services: | | | |
| Extra Labor | - | - | - |
| Overtime Load & Unload | - | - | - |
| Storage-in-Transit | - | - | - |
| Drayage to/from Storage | - | - | - |
| Drayage Fuel Surcharge | - | - | - |
| Drayage Insurance Surcharge | - | - | - |
| Self Storage Warehouse | - | - | - |
| Canada Bridge and Ferry | - | - | - |
| Bulky Articles | - | - | - |
| Extra Stops | - | - | - |
| Shuttle Service | - | - | - |
| Ferry and Service Charges | - | - | - |
| 3rd Party | - | - | - |
| Other | - | - | - |
| **Total Estimate** | 13,891.87 | 8,095.32 | **5,796.55** |

| CARTON DETAIL | | MATERIALS & | | PACKING Sch | 2 | N OT | UNPACKING Sch | 9 | N OT |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | Qty | Rate | Amount | Qty | Rate | Amount | Qty | Rate | Amount |
| Dishpack | | | | | | | | | |
| <3.0 Carton, Sm | | | | | | | | | |
| 3.0 Carton, Med | | | | | | | | | |
| 4.5 Carton, Lg | | | | | | | | | |
| 6.0 Carton, Lg | | | | | | | | | |
| 6.5 Carton, Lg | | | | | | | | | |
| Wardrobe Ctn | | | | | | | | | |
| Matt Ctn, Crib | | | | | | | | | |
| Mat Ctn, Twin/Long | | | | | | | | | |
| Matt Ctn, Dbl | | | | | | | | | |
| Matt Ctn, K/Q | | | | | | | | | |
| Heavy Duty | | | | | | | | | |
| Mirror/Glass Ctn | | | | | | | | | |
| Crate-Total CuFt | | | | | | | | | |
| Other | | | | | | | | | |
| TOTALS | | | | 0 | | - | 0 | | - |


(17)