## Susan Winton

**From:** "Susan Winton" <winton@alaska.net>
**To:** "Tracy Cody" <tcody@flmove.com>
**Sent:** Friday, May 09, 2003 5:42 PM
**Subject:** Re: Did my shipment go out???

Thanks Tracy, I called and it should be in Colorado on Monday. Did they leave it in the crates or is it loose? I am concerned about loading and releading enroute. Also I noticed that you japped my American Express card twice for the $88 amount. How come?? I thought there was only one charge at the increased amount. Please advise. Thanks. Susan, very anxious to get off the floor.

----- Original Message -----

> **From:**
> **To:**
> **Sent:** Tuesday, May 06, 2003 6:32 AM
> **Subject:** RE: Did my shipment go out???
>
> Hi Susan,
> Yes, your shipment has loaded and is en route. The delivery spread is 5/21-6/11/03. this is the customer service number to NorthAmerican Headquarters 800-348-2111, they will need reference number: 96921400. call that number, they may be able to talk with the drivers dispatcher to get the actual delivery date narrowed down. Let me know if you need further help.
> Thanks, Tracy
>
>> -----Original Message-----
>> **From:** Susan Winton [mailto:winton@alaska.net]
>> **Sent:** Monday, May 05, 2003 9:38 PM
>> **To:** Tracy Cody
>> **Subject:** Did my shipment go out???
>>
>> I Tracy, I was just wondering if my shipment had left and what the ETA was? Any ideas? Thanks.

T.C. Shipment loaded 5/1/03 per N.A. in Melbourne

7/20/2003

(18)

## Susan Winton

**From:** "Tracy Cody" <tcody@flmove.com>
**To:** "Susan Winton" <winton@alaska.net>
**Sent:** Tuesday, May 13, 2003 12:04 PM
**Subject:** RE: Did my shipment go out???



Hello Susan, The increase to $88.00 started in May, your card was charged $88.00 for storage 3/7-4/6 an 4/7-5/6. The two months at $88.00 is correct. Your delivery charge to Alaska is $5769.65 -$4500.00 pd AMEX. A storage credit of $14.65 was applied toward your delivery leaving a balance due of $1281.65. Your shipment was loose loaded, this is the standard way to ship to Alaska. I would try not to worry all drivers are very careful not to incur any damage. Oh and sorry I left you on the floor for so long. Let me know if you need further help.
Thanks,
Tracy

-----Original Message-----
**From:** Susan Winton [mailto:winton@alaska.net]
**Sent:** Friday, May 09, 2003 9:43 PM
**To:** Tracy Cody
**Subject:** Re: Did my shipment go out???

Thanks Tracy, I called and it should be in Colorado on Monday. Did they leave it in the crates or is it loose? I am concerned about loading and reloading enroute. Also I noticed that you japped my American Express card twice for the $88 amount. How come?? I thought there was only one charge at the increased amount. Please advise. Thanks. Susan, very anxious to get off the floor.

----- Original Message -----
**From:**
**To:**
**Sent:** Tuesday, May 06, 2003 6:32 AM
**Subject:** RE: Did my shipment go out???

Hi Susan,
Yes, your shipment has loaded and is en route. The delivery spread is 5/21-6/11/03. this is the customer service number to NorthAmerican Headquarters 800-348-2111, they will need reference number: 96921400. call that number, they may be able to talk with the drivers dispatcher to get the actual delivery date narrowed down. Let me know if you need further help.
Thanks, Tracy

-----Original Message-----
**From:** Susan Winton [mailto:winton@alaska.net]
**Sent:** Monday, May 05, 2003 9:38 PM
**To:** Tracy Cody
**Subject:** Did my shipment go out???

I Tracy, I was just wondering if my shipment had left and what the ETA was? Any ideas?
Thanks.

7/20/2003

(19)

# north American Van Lines Bill of Lading

**north American Van Lines**
P.O. BOX 988
FT. WAYNE, IN 46801-0988
MC-107012 • (260) 429-2511 • (800) 348-2111  Visit us at www.navl.com

## ORIGIN INFORMATION
- Customer: 260 NORTH DR
- Street: 
- City: MELBOURNE
- BREVARD  FL  32934
- Co: ___ ST ___ Zip ___
- Day Phone/Fax:
- Eve Phone:
- Pager/Cell Phone:
- E-Mail Address:
- AGREED LOAD: 8/03   04/30/03  TO

**ACTUAL LOAD DATE**

Alternate Contact: ☐ Orig ☐ Dest
- Name:
- Day Phone:
- Eve Phone:
- Pager/Cell Phone:
- E-Mail Address:

TARIFF: 700N     GBL / PO #:
☒ GP  ☐ NTE  ☐ NSO  ☐ NOAM #
Cr Card Auth # 123583   Amt 4500.00

☐ COD  Charges payable before delivery

INVOICE TO: Cust #____ Name____
Address____
City____ ST____ Zip____ Attn____

## DESTINATION INFORMATION
- Customer: 029 W 40TH AVE
- Street:
- City: ANCHORAGE
- ANCHORAG  AK  99501
- Co: ___ ST 344 Zip 511
- Day Phone/Fax:
- Eve Phone:
- Pager/Cell Phone:
- E-Mail Address: 5/21/03   06/11/03  TO

**ACTUAL DELIVERY DATE**

### SIGNATURE REQUESTING SPECIAL SERVICES
- 5000 lbs Expedited ordered by customer.
- X _____
- Deliver on or before _____
- X _____
- Exclusive Use of a ____ cu ft vehicle ordered (Min 1400 cf 9800 lbs)
- X _____
- ☐ Space Reservation
- cu ft ordered (Min 300 cu ft 2100 lbs)

## AGENT INFORMATION  FLORIDA/W MELBOURNE
- Selling Agent 1604   321-259-4330
- Code FLORIDA/W MELBOURNE
- Origin Agent 1604   321-259-4330
- Code AIR VAN ANCHORAGE 4
- Destination Agent ANCHORAGE  AK
- City 1969   907-278-0526
- Code ___ Phone ___

**Estimated Charges plus 10% (Non-Binding Estimates Only)**

$5796.55 _____ (See back)
☐ GP  ☐ GNTE  $ _____

Customer acknowledges, consents to and is bound by the terms and conditions listed on the back of the Bill Of Lading
Customer  X _____
(to be signed at Origin)
Notice: Carrier's tariffs are incorporated by reference.
See Reverse Side
☐ Customer signature not available

Charges payable in cash or certified check made payable in US currency to North American Van Lines, Inc.

## VALUATION STATEMENT — CUSTOMER'S DECLARATION of VALUE
THIS IS A TARIFF LEVEL OF CARRIER LIABILITY - IT IS NOT INSURANCE
You must select, in your own handwriting one of the following two options for your shipment. The option you select establishes your mover's maximum liability for your goods, subject to the rules contained in your mover's tariff.

**OPTION 1: Maximum Value Protection Plan.** If any article is lost, destroyed or damaged while in your mover's custody, your mover will either 1) repair the article to the extent necessary to restore it to the same condition as when it was received by your mover, or pay you for the cost of such repairs; or 2) replace the article with an article of like kind and quality or pay you for the cost of such a replacement. An additional charge applies for this option.

To select Option 1, you must write on the line below, either a lump sum dollar amount for the value of your shipment that may not be less than $5000, or an amount per pound that may not be less than $5.00 per pound, whichever is greater.
The value of my shipment is : _____
You must also select one of the following deductible amounts that will apply for your shipment:
No Deductible (____)  $250 deductible (____)  $500 deductible (____)
(Initial)              (Initial)                (Initial)

**OPTION 2: Released Value of 60 Cents Per Pound Per Article.** If any article is lost, destroyed or damaged while in your mover's custody, your mover's liability is limited to the actual weight of the lost, destroyed or damaged article multiplied by 60 cents per article. This is the basic liability level and is provided at no charge. It is considerably less than the average value of household goods.

To select Option 2, you must write on the line below, the words "60 cents per pound."
The value of my shipment is : _____
Your signature is required here: I acknowledge that I have 1) declared a value for my shipment and selected a deductible amount if appropriate, and 2) received and read a copy of the mover's brochure explaining those provisions and the applicable charges.

X _____ _____
(Customer's Signature)   (Date)

**EXTRAORDINARY (UNUSUAL) VALUE ARTICLE DECLARATION**  I acknowledge that I have prepared and retained a copy of the "Inventory of Items Valued in Excess of $100 Per Pound Per Article" that are included in my shipment and that I have given a copy of this inventory to the mover's representative. I also acknowledge that the mover's liability for loss of or damage to any article valued in excess of $100 per pound will be limited to $100 per pound for each pound of such lost or damaged article (based on actual article weight), not to exceed the declared value of the entire shipment, unless I have specifically identified such articles for which a claim for loss or damage is made on the attached inventory.
_____ _____
(Customer's Signature)   (Date)

## STORAGE IN TRANSIT (SIT)
S.I.T. AT  ☐ ORIG  ☐ DEST   WAS THERE PARTIAL DELIVERY AT S.I.T.?  ☐ YES  ☐ NO
SIT CONTROL # ____  Warehouseman Accepting Shipment Into SIT ____
S.I.T. AGENT ____ CODE ____ STORAGE WEIGHT ____ LBS
CITY ____ COUNTY ____ ST ____ ZIP ____
ACTUAL STORAGE DATES: IN __/__/__  OUT __/__/__  PICKUP/DELIVERY MILES ____

| DRIVER NAME/VEHICLE # | DRIVER CODE | WEIGHT | SET-OFF AGENT CODE | VAN TO VAN | CITY | ST | COST DETAIL | $ |
|---|---|---|---|---|---|---|---|---|
| CHURCH | M281 | 5160 | 1060 | | | | COST DETAIL | $ |
| | | | | | | | COST DETAIL | $ |
| | | | | | | | COST DETAIL | $ |

COMMENTS: ESTIMATED CHARGES BASED ON 51000. ACTUAL CHARGES BASED ON ACTUAL WEIGHT AND SERVICES PROVIDED.

| | |
|---|---|
| COST DETAIL | $ |
| GRAND TOTAL | $ |
| PREPAID: | $ 4500.00  4514.65 |
| PAID @ DEST: | $ |
| BALANCE DUE | $ 1281.35 |

REFUND DUE  ☐ BY NAVL  ☐ BY AGENT  BY: X _____

CARRIER AGREES TO TRANSPORT THE GOODS AND EFFECTS TENDERED BY THE CUSTOMER SUBJECT TO THE PRECEDING TERMS AND CONDITIONS.

X _____
Carrier/Authorized Agent

APU# _____

B/L Rated by _____
Code _____
Rated by phone ☐  Rated by FAX ☐
X _____
Driver
**DRIVER COPY**

# $1281.35 prein
Subject to Audit by Carrier
ACKNOWLEDGEMENT: The above services were rendered and property described has been received in apparent good condition except as noted on the shipping documents  QH
Person Accepting Delivery  Susan Winton
(To be signed at Destination)
(20)

DP-9 (4-02)

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

**PART, EXACT DAMAGE, AT LOCATION**

Diagram (hexagon with location numbers):
- Top: 5,7 | 7,13 | 8,7 ; 5,13 | 13 | 8,13 ; 5,4 | 4,13 | 8,4
- 7,10 | 10,13 | 4,10 | 10,5 | 10,13 | 10,8 | 4,10 | 10,13 | 10,7
- 7,13 | 5 | 9 | 4,3 OR 8,3 | 7 | 8 | 1,9 | 9,13  (large numbers: 5 9 4 OR 7 8 9)
- 7,2 | 2,13 | 4,2 | 2,5 | 2,13 | 2,8 | 4,2 | 2,13 | 2,7
- Bottom: 5,4 | 4,13 | 8,4 ; 5,13 | 1 | 8,13 ; 5,7 | 7,13 | 8,7  (large 10 top, 2 bottom)

Driver or Agent #: 

Customer Name: SUSAN WINTON
Origin City, State: INDIATLANTIC FL.
Destination City, State: W. MELBOURNE FL.

Page #: 1 ; # of Pages: 
Contract #: 
Tag Color: RED ; Lot #: GE17252
GBL #: 

**PART & LOCATION**
1 Arm, 2 Bottom, 3 Corner, 4 Front, 5 Left, 6 Leg, 7 Rear, 8 Right, 9 Side, 10 Top, 11 Veneer, 12 Edge, 13 Center, 14 Seat, 15 Drawer, 16 Inside, 17 Door, 18 Shelf, 19 Hardware

**EXACT DAMAGE**
BE Bent, BR Broken, BU Burned, CH Chipped, D Dented, F Faded, G Gouged, L Loose, M Marred, MI Mildew, R Rubbed, RU Rusted, SC Scratched, SH Short, SO Soiled, S Stretched, T Torn, W Worn, WP Warped, W/S Water-stained, W/T Wet, Z Cracked

**DESCRIPTIVE SYMBOLS**
CD Carrier Disassembled, CP Carrier Packed, CU Contents and Condition Unknown, DBO Disassembled By Owner, MCU Mechanical Condition Unknown, PB Professional Books, PBO Packed By Owner, PE Professional Equipment, PP Professional Papers, SW Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 1 | ✓ | WARDROBE CTN | ✓ | PBO CU | |
| 2 | ✓ | PLASTIC BIN | ✓ | PBO CU | |
| 3 | ✓ | PLASTIC BIN | ✓ | CU | |
| 4 | ✓ | SM. CTN | ✓ | PBO CU | |
| 5 | ✓ | GYM BAG | ✓ | CU | |
| 6 | ✓ | SM. CTN | ✓ | PBO CU | |
| 7 | ✓ | LOBSTER TABLE | ✓ | W | |
| 8 | ✓ | AB EXERSIZER | ✓ | SC, M 8,5,9 | |
| 9 | ✓ | PLASTIC BIN | ✓ | CLOTHES | |
| 10 | ✓ | PLASTIC BIN | ✓ | CLOTHES | |
| 11 | ✓ | DUFFEL BAG | ✓ | W | |
| 12 | ✓ | PLASTIC BIN | ✓ | CU | |
| 13 | ✓ | PLASTIC BIN | ✓ | CU | |
| 14 | ✓ | SM. CTN | ✓ | PBO CU | |
| 15 | ✓ | SM. CTN | ✓ | PBO CU | |
| 16 | ✓ | SM. CTN | ✓ | PBO CU 10,12 M 8,5,9 | |
| 17 | ✓ | QUILT RACK | ✓ | R, W, F 10,12 SC, M 8,5,9 | |
| 18 | ✓ | PLASTIC BIN | ✓ | CU | |
| 19 | ✓ | MED CTN | ✓ | PBO CU | |
| 20 | ✓ | STEP LADDER | ✓ | RU, SO, W | |
| 21 | ✓ | SM. CTN | ✓ | PBO CU | |
| 22 | ✓ | WARDROBE CTN | ✓ | PBO CU | |
| 23 | ✓ | SM. CTN | ✓ | PBO CU | |
| 24 | ✓ | SM. CTN | ✓ | PBO CU | |
| 25 | ✓ | PLASTIC BIN | ✓ | PBO CU | |
| 26 | ✓ | SM. CTN | ✓ | PBO CU | |
| 27 | ✓ | SM. CTN | ✓ | PBO CU | |
| 28 | ✓ | SM. FOLDING TABLE | ✓ | CH, D 8,12 | |
| 29 | ✓ | SM. FOLDING TABLE | ✓ | CH 10,3 | |
| 30 | ✓ | SM. ROCKING CHAIR | ✓ | CH 8,5,9,4,7,2 | |

**Remarks:**

**IMPORTANT NOTICE:** Before signing -- check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

AT ORIGIN — Driver: [signature]  Code: 1680  Date: 3-7-02
Customer: Susan Winton  Date: 3-7-02

AT DESTINATION — Driver: [signature]  Code:   Date: 3-23-02
Customer: Susan Winton  Date: 3-27-02

(21)

Form 14(6/99)

Original - Send to Fort Wayne after final delivery

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

| Page | # of Pages |
|---|---|
| 2 | |

| | |
|---|---|
| Driver or Agent # | |
| Customer Name | |
| Origin City, State | |
| Destination City, State | |
| Contract # | |
| Tag Color | RED |
| Lot # | GE17252 |
| GBL # | |

**PART & LOCATION**
1 Arm
2 Bottom
3 Corner
4 Front
5 Left
6 Leg
7 Rear
8 Right
9 Side
10 Top
11 Veneer
12 Edge
13 Center
14 Seat
15 Drawer
16 Inside
17 Door
18 Shelf
19 Hardware

**EXACT DAMAGE**
BE Bent
BR Broken
BU Burned
CH Chipped
D Dented
F Faded
G Gouged
L Loose
M Marred
MI Mildew
R Rubbed
RU Rusted
SC Scratched
SH Short
SO Soiled
S Stretched
T Torn
W Worn
WP Warped
W/S Water-stained
W/T Wet
Z Cracked

**DESCRIPTIVE SYMBOLS**
CD Carrier Disassembled
CP Carrier Packed
CU Contents and Condition Unknown
DBO Disassembled by Owner
MCU Mechanical Condition Unknown
PB Professional Books
PBO Packed By Owner
PE Professional Equipment
PP Professional Papers
SW Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 31 | | MED CTN | ✓ | PBO CU | |
| 32 | ✓ | SM. CTN | ✓ | PBO CU | |
| 33 | ✓ | DISH PACK | ✓ | PBO CU | |
| 34 | ✓ | TABLE BASE | ✓ | CH, SC, R, M 8,5,9,4+7 | CH 10,12 |
| 35 | ✓ | FLAT CTN | ✓ | PBO CU | |
| 36 | ✓ | OVER NIGHT BAG | | W 9 | |
| 37 | ✓ | SM. CTN | ✓ | PBO CU | |
| 38 | ✓ | LAUNDRY BASKET | ✓ | SO | |
| 39 | ✓ | 3.1 CTN | ✓ | PBO C.B. | |
| 40 | ✓ | WOOD FLOWER HOLDER | | W, CH, M 8,5,9,4,7 | |
| 41 | ✓ | SM. CTN | | PBO CU | |
| 42 | ✓ | SM. CTN | | PBO CU | |
| 43 | ✓ | DISH PACK | | PBO CU | |
| 44 | ✓ | SM. CTN | ◯ | PBO CU | can't find |
| 45 | ✓ | MICROWAVE | | SC 10 MCU | |
| 46 | ✓ | SM. TABLE | | F, R, SC 10 CH 8,12 | SC 6 |
| 47 | | DISH PACK | | PBO CU | |
| 48 | ✓ | TABLE | | SC 10 SC, CH, Z 9,5 | SC, CH 10,12,5 |
| 49 | ✓ | TACKLE BOX | | CU | |
| 50 | ✓ | 3.1 CTN | | CP | |
| 51 | ✓ | STEREO CABINET | ✓ | SC 10 R 10,7,3,5 | |
| 52 | ✓ | SM. END TABLE | | SC, F, W 10 CH 10,12,5 | SC, CH 8,5,9 |
| 53 | ✓ | | | CH, SC 4,7,12,5 | L FRAME |
| 54 | ✓ | 1.5 CTN | ✓ | PBO CU | |
| 55 | ✓ | SM. CTN | ✓ | PBO CU | |
| 56 | ✓ | SM. CTN | | PBO CU | |
| 57 | ✓ | CHEST O DRAWERS | ✓ | SC, M 10 SC 6,5 CH 2,5,9,4 | SC, M 4 SC, R 8,5,9 |
| 58 | ✓ | 1.5 CTN | ✓ | CP | |
| 59 | ✓ | 5 GALLON BUCKET | | ~~SC, M 4 SC CH~~ | |
| 60 | ✓ | GARBAGE CAN | ✓ | WATER HOSES INSIDE | |

**Remarks:**

**IMPORTANT NOTICE:** Before signing -- check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

| | Driver | Code | Date | | Driver | Code | Date |
|---|---|---|---|---|---|---|---|
| AT ORIGIN | [signature] | 168 | 3-7-02 | AT DESTINATION | [signature] | 1969 | 5-23-03 |
| | Customer Susan Winton | | Date 3-7-02 | | Customer Susan Winton | | Date 5-23-03 |

(22)

Form 14(6/99)

Original - Send to Fort Wayne after final delivery

| PART & LOCATION | | EXACT DAMAGE | | DESCRIPTIVE SYMBOLS | |
|---|---|---|---|---|---|
| 1 Arm | 10 Top | BE Bent | RU Rusted | CD Carrier Disassembled | |
| 2 Bottom | 11 Veneer | BR Broken | SC Scratched | CP Carrier Packed | |
| 3 Corner | 12 Edge | BU Burned | SH Short | CU Contents and Condition Unknown | |
| 4 Front | 13 Center | CH Chipped | SO Soiled | DBO Disassembled By Owner | |
| 5 Left | 14 Seat | D Dented | S Stretched | MCU Mechanical Condition Unknown | |
| 6 Leg | 15 Drawer | F Faded | T Torn | PB Professional Books | |
| 7 Rear | 16 Inside | G Gouged | W Worn | PBO Packed By Owner | |
| 8 Right | 17 Door | L Loose | WP Warped | PE Professional Equipment | |
| 9 Side | 18 Shelf | M Marred | WS Water-stained | PP Professional Papers | |
| | 19 Hardware | MI Mildew | WT Wet | SW Shrink Wrap | |
| | | R Rubbed | Z Cracked | | |

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 61 | ✓ | PLASTIC BIN | ✓ | | |
| 62 | ✓ | OVERNIGHT BAG | ✓ | W 9,5 | |
| 63 | ✓ | PICTURE PAPER WRAPPED | ✓ | CU REPACKED IN FLAT CTN | |
| 64 | ✓ | WARDROBE CTN | ✓ | PBO CU | |
| 65 | ✓ | PAPER WRAPPED BUNDLE | ✓ | CANES, MOPS ETC. | |
| 66 | ✓ | 4.5 CTN | ✓ | CP | |
| 67 | ✓ | FLAT CTN | ✓ | PBO CU | |
| 68 | ✓ | PAIR OF SNOW SHOES | ✓ | | |
| 69 | ✓ | SLEEPING BAG | ✓ | | |
| 70 | ✓ | SM. CTN | ✓ | PBO CU | |
| 71 | ✓ | FISHING RODS + REELS | ✓ | 3 RODS, 2 REELS  MCU | |
| 72 | ✓ | DIVE GEAR BAG | ✓ | CU | |
| 73 | ✓ | WOOD PICTURE | ✓ | W 4+12,5 CH 10,8,3 CH 2,12,5 | |
| 74 | ✓ | 3.1 CTN | ✓ | CP  WOOD BOWL PICTURES | |
| 75 | ✓ | PLASTIC DRAWER BIN | ✓ | SO 4 | |
| 76 | ✓ | PLASTIC BIN | ✓ | CU | |
| 77 | ✓ | WOOD TABLE BASE | ✓ | SC, D 10 | |
| 78 | ✓ | WOOD PELICAN CARVING | ✓ | | |
| 79 | ✓ | BASKET | ✓ | W | |
| 80 | ✓ | CAMPING STOVE | ✓ | RU M, SO SC 10 r 9,5  MCU | |
| 81 | ✓ | 4.5 CTN | ✓ | CP | |
| 82 | ✓ | BOOK SHELF | ✓ | D 2,4,5,3 SC 10  8,9  SC 10  CH 2,7,8,3  CH 10,8,12  H 4,5,12 | |
| 83 | ✓ | BOOK SHELF | ✓ | SC 8,9 CH 2,7,8,3  CH 10,8,12  H 4,5,12 | |
| 84 | ✓ | WOOD IRONING BOARD | ✓ | SC 2, G 10 R SC M 6,5 | |
| 85 | ✓ | CHAIR | ✓ | SC R, M 4+8,9  2,4,8,6  SC F 10,4 | |
| 86 | ✓ | REDWOOD TABLE TOP | ✓ | PBO PARTIALLY WRAPPED | |
| 87 | ✓ | WOOD CABINET | ✓ | CH 11,10,7,5,3 CH 11,4,8,12 M 4 | |
| 88 | ✓ | SM. CTN | ✓ | PBO CU | |
| 89 | ✓ | CONSOLE STEREO | ✓ | SC M 10 D, CH 2,4,12 R 10,12,5  MCU | |
| 90 | ✓ | QV MATTRESS | ✓ | PBO | |

Remarks:

**IMPORTANT NOTICE:** Before signing -- check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered, and of the state of the goods received.

AT ORIGIN — Driver: Marty Jo   Code 680   Date 3-7-02
Customer: Susan Winton   Date 3-7-02

AT DESTINATION — Driver: [signature]   Code 969   Date 5-23-03
Customer: Susan Winton   Date 5-23-03

(23)

Form 14(6/99)

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

northAmerican

| PART, EXACT DAMAGE, AT LOCATION | Driver or Agent # | | Page # | # of Pages |
|---|---|---|---|---|
| | Customer Name | | Contract # | |
| | Origin City, State | | Tag Color | Lot # |
| | Destination City, State | | GBL # | |

**PART & LOCATION**
1 Arm, 2 Bottom, 3 Corner, 4 Front, 5 Left, 6 Leg, 7 Rear, 8 Right, 9 Side, 10 Top, 11 Veneer, 12 Edge, 13 Center, 14 Seat, 15 Drawer, 16 Inside, 17 Door, 18 Shelf, 19 Hardware

**EXACT DAMAGE**
BE Bent, BR Broken, BU Burned, CH Chipped, D Dented, F Faded, G Gouged, L Loose, M Marred, MI Mildew, R Rubbed, RU Rusted, SC Scratched, SH Short, SO Soiled, S Stretched, T Torn, W Worn, WP Warped, (WS) Water-stained, (WT) Wet, Z Cracked

**DESCRIPTIVE SYMBOLS**
CD Carrier Disassembled, CP Carrier Packed, CU Contents and Condition Unknown, DBO Disassembled By Owner, MCU Mechanical Condition Unknown, PB Professional Books, PBO Packed By Owner, PE Professional Equipment, PP Professional Papers, (SW) Shrink Wrap

| ITEM # | CR | ARTICLE | ROOM | CONDITION AT ORIGIN | EXCEPTIONS AT DESTINATION |
|---|---|---|---|---|---|
| 91 | ✓ | QU - BOXSPRING | ✓ | PBO | |
| 92 | ✓ | 4.5 CTN | | CP | |
| 93 | ✓ | 3.1 CTN | | CP | |
| 94 | ✓ | DISH PACK | | CP GLASSWARE | |
| 95 | ✓ | 4.5 CTN | | CP WOOD BOWL, BASKETS | |
| 96 | ✓ | GLASS FRONT CABINET | ✓ | F 1 WOOD PIECE MISSING 4,5,3 | |
| 97 | ✓ | COFFEE TABLE | | F 10, 10,13,5 | |
| 98 | ✓ | SM. CTN | | PBO CU | |
| 99 | ✓ | LEATHER SOFA | ✓ | S 5,9 R 5,9 | |
| 100 | ✓ | POLE LAMP | ✓ | RM 9,5 RM 2 | |
| 101 | ✓ | POLE LAMP | | SCR 9,5 SC 2 | |
| 102 | ✓ | SM. CTN | | PBO CU | |
| 103 | ✓ | MED CTN | | PBO CU | |
| 104 | ✓ | COOLER | | SO 10 | |
| 105 | ✓ | CARRY BAG | ✓ | | |
| 106 | ✓ | SM. CTN | | PBO CU | |
| 107 | ✓ | SM. PLASTIC BIN | ✓ | PBO CU | |
| 108 | ✓ | SM. TABLE | | SC,R 10+10,12 SC 6,5 R 7,4,6 | |
| 109 | ✓ | SM. CTN | | PBO CU | |
| 110 | ✓ | BACK PACK | ✓ | | |
| 111 | ✓ | PLASTIC BIN | | CU | |
| 112 | ✓ | META HIWAY SIGN | ✓ | SC, CH, M, 4 10,12,5 | |
| 113 | ✓ | PLANT STAND | ✓ | ON 2 CH, G 10,12,5 | |
| 114 | ✓ | 1.5 CTN | ✓ | CP PICTURES | |
| 115 | ✓ | SYLVANIA CONSOLE COLOR T.V. | ✓ | SC, M, G 10 CH 11,12,12,5 G 2,4,8,3 MCU | |
| 116 | ✓ | PLASTIC BIN | | CU | |
| 117 | ✓ | PLASTIC BIN | | CU | |
| 118 | ✓ | PLASTIC BIN | | CU | Can't find |
| 119 | ✓ | PLASTIC BIN | ✓ | CU | |
| 120 | ✓ | MED CTN | | PBO CU | |

Remarks: _____

**IMPORTANT NOTICE:** Before signing -- check shipment, count items, and describe loss or damage in space on the right above. If for any reason you were not given the opportunity to inspect this shipment, you should call this toll free number, 800-348-3746.

I have checked all the items listed and numbered on this page inclusive, and acknowledge that this is a true and complete list of the goods tendered and of the state of the goods received.

| AT ORIGIN | Driver [signature] | Code 168 | Date 3-7-02 | AT DEST-INATION | Driver [signature] | Code 1929 | Date 5-22-03 |
|---|---|---|---|---|---|---|---|
| | Customer Susan Winton | | Date 3-7-02 | | Customer Susan Winton | | Date 5-22-03 |

Original - Send to Fort Wayne after final delivery

Form 14(6/99)

(24)

**northAmerican.** VAN LINES

INVENTORY #5

PACKING EXCEPTIONS

CONTRACT NBR

CUSTOMER'S NAME: WINTON

ARTICLES LISTED BELOW WERE FOUND DAMAGED BEFORE PACKING

| CARTON NUMBER | ITEM DESCRIPTION (Size, Color, Shape, Brand, etc.) | DESCRIPTION OF DAMAGE |
|---|---|---|
| ✓ 144 ✓ | SEWING MACH. + CASE | M,R,SC 10+8,5,9,4,7 MCU |
| 145 | SM. CTN  PBO CU | Can't find |
| ✓ 146 ✓ | PLASTIC BIN | CU |
| ✓ 147 ✓ | PLASTIC BIN | CU |
| ✓ 148 ✓ | 4.5 CTN | CP |
| ✓ 149 ✓ | PLASTIC BIN | CU |
| ✓ 150 ✓ | MED CTN | PBO CU |
| ✓ 151 ✓ | PLASTIC BIN | PBO CU |
| ✓ 152 ✓ | PLASTIC BIN | CU |
| ✓ 153 ✓ | PLASTIC BIN | CU |
| ✓ 154 ✓ | XMAS TREE STAND | |
| ✓ 155 ✓ | FOLDING TABLE | R,M 4+7 |
| ✓ 156 ✓ | WOODEN TRUNK | G,F,H 10,4,12 CH,O,SCR #59 |
| ✓ 157 ✓ | POLE LAMP | |
| ✓ 158 ✓ | ROCKING CHAIR | CH 10,8,5,9 CH ROCKER ENDS |
| ✓ 159 ✓ | LG CTN | PBO CU |
| 160 ✓ | PAIR SNOW SKIES IN BAG | |
| 161 ✓ | PLASTIC TOTE | |
| ✓ 162 ✓ | TURTLE STEP STOOL | |
| ✓ 163 ✓ | CRATE | GLASS LAMP SHADE |
| ✓ 164 ✓ | PLASTIC MILK CRATE | PAPERS, FILES |
| ✓ 165 ✓ | TIRES ON 4 | |
| ✓ 166 ✓ | SANSUI COLOR T.V. COMB. VCR | R,M 10 SC 10,7 |

CUSTOMER'S SIGNATURE: Susan Winton    DATE 3-7-02    IVN. PACKED BY: Marty    DATE 3/7/02

WHITE COPY TO NAVL, FT. WAYNE
YELLOW COPY TO CUSTOMER
PINK COPY TO PACKER

AGENT _____    CODE 1969

FORM NO. 685A (REV. 10/92)

A) 168 ~~note~~
B) ~~No # Wardrobe~~
C) ~~172~~ ~~Box~~
D) ~~Lg Box~~ ~~No #~~

× Susan Winton

(25)

MAY-13-2003  14:04    321 259 4511    93%    P.03

## northAmerican. VAN LINES

INVENTORY
PACKING EXCEPTIONS

CONTRACT NBR

6
#6

**ARTICLES LISTED BELOW WERE FOUND DAMAGED BEFORE PACKING**

CUSTOMER'S NAME INVENTORY

| CARTON NUMBER | ITEM DESCRIPTION (Size, Color, Shape, Brand, etc.) | DESCRIPTION OF DAMAGE |
|---|---|---|
| 121 ✓ | 1.5 CTN | CP  167 GARBAGE CAN |
| 122 ✓ | PLASTIC BINS | CU  168 METAL MILK CRATE |
| 123 ✓ | | 169 MIRROR CTN   CP |
| 124 ✓ | | 170 MIRROR CTN   CP |
| 125 ✓ | | 171 MIRROR CTN   CP |
| 126 ✓ | | 172 LG CTN   CP |
| 127 ✓ | | 173 SM. CTN  PBO  CU |
| 128 ✓ | | 174 SM CTN   CP |
| 129 ✓ | | 175 BED RAILS |
| 130 ✓ | | 176 LONG NECKED VASE AND HOLDER |
| 131 ✓ | | |
| 132 ✓ | MED CTN | PBO CU |
| 133 ✓ | MED CTN | PBO CU |
| 134 ✓ | PLASTIC TOTE | PBO CU |
| 135 ✓ | PLASTIC TOTE | PBO CU |
| 136 ✓ | WOOD TRUNK | D, SC 10+10,4 |
| 137 ✓ | PLASTIC BIN | PBO CU |
| 138 ✓ | PLASTIC BIN | PBO CU |
| 139 ✓ | PLASTIC BIN | PBO CU |
| 140 ✓ | PLASTIC BIN | PBO CU |
| 141 ✓ | PLASTIC BIN | PBO CU |
| 142 ✓ | PLASTIC BIN | PBO CU |
| 143 ✓ | PLASTIC BIN | PBO CU |

CUSTOMER'S SIGNATURE: Susan Winton   DATE 3-7-02 INV
PACKED BY: Marty   DATE 3-7-02
AGENT: _____   CODE 19c9
X Susan Winton

WHITE COPY TO NAVL, FT. WAYNE
YELLOW COPY TO CUSTOMER
PINK COPY TO PACKER

FORM NO. 685A (REV. 10/92)

(26)