


**north**American®
VAN LINES

WINTON
909 W 80TH AVE
ANCHORAGE AK 99501

06/20/03

HOUSEHOLD
GOODS
INVOICE

REMIT PAYMENT TO:
33901 Treasury Center
Chicago, IL 60694-3900

| CONTRACT NBR. | SHIPMENT DATE | PURCHASE ORDER NO. | | SHIPPER | CONSIGNEE |
|---|---|---|---|---|---|
| 96921400 | 05/01/03 | | | WINTON | WINTON |

| ACTUAL WGT. | BILLING WGT. | MILES | FREIGHT PAY | FROM | TO |
|---|---|---|---|---|---|
| 5,160 | 5,160 | 2,500 | | MELBOURNE    FL | ANCHORAGE    AK |

| TARIFF | SECTION/ITEM | TOTAL AMOUNT | FROM COUNTY | TO COUNTY |
|---|---|---|---|---|
| 400/N | 3 | 372.34 | BREVARD | ANCHORAGE |

| SERVICE DESCRIPTION | | QTY | TARIFF RATE | TARIFF CHARGE | DISCOUNT PERCENT | NET CHARGE |
|---|---|---|---|---|---|---|
| LINEHAUL CHARGE | ORG | 5160 | | 8,246.20 | 63.00 | 3051.09 |
| *INSURANCE SURCHARGE | DES | | | 96.07 | | 96.07 |
| *INSURANCE SURCHARGE | ORG | | | 329.85 | 63.00 | 122.04 |
| *LINEHAUL FUEL SURCHARGE | ORG | | 5.00 | 412.31 | 63.00 | 152.55 |
| *SERVICE CHARGE | ORG | 5160 | 2.58 | 133.13 | 63.00 | 49.26 |
| *SERVICE CHARGE | DES | 5160 | 6.18 | 318.89 | 45.00 | 175.39 |
| *ADDITIONAL LINEHAUL | DES | | | 2,401.85 | | 2401.85 |
| *ADDTL FUEL SURCHARGE | DES | | | 120.09 | | 120.09 |

```
                         GROSS INVOICE CHARGE    12,058.39
                              LESS DISCOUNT      -5,890.05
                                                 ----------
                                                  6,168.34
                     LESS UNAUTHORIZED CHARGES   -4,500.00
                     LESS AMOUNT PAID TO APPLY    -1,296.00
                                                             ----------
          TARIFF CHARGE IF PAID BY 07/01/03 REMIT THIS AMOUNT     372.34
```

(*) INDICATES PART/ALL OF A SERVICE  WHICH WAS UNAUTHORIZED

THE ATTACHED DOCUMENTS SHOW APPROPRIATE SIGNATURES AS PROOF OF DELIVERY AS
WELL AS REQUIRED IDENTIFICATION.  CORRECT RATES AND CHARGES ARE REFLECTED.

BE THE SAFEST, MOST CUSTOMER-FOCUSED
AND SUCCESSFUL TRANSPORTATION COMPANY IN THE WORLD



FOR PMT INQUIRES CALL SIRVA.COM (800) 448-2111

BOOKING AGENT - 1680
FLORIDA MOVING SYSTE
MELBOURNE  FL  32934

REMIT PAYMENT TO - NORTH AMERICAN VAN LINES
33901 TREASURY CENTER
CHICAGO IL  60694-3900
TAX ID # 52-1840893

FOR PROPER CREDIT, PLEASE WRITE CONTRACT # (SHOWN ABOVE) ON REMITTANCE CHECK.

FORM NO. DP805 REV. 8/97        "PLEASE RETURN PINK COPY WITH YOUR REMITTANCE"        (27)

**northAmerican.**
VAN LINES

June 19, 2003

MS. Susan Winton
909 W 80th Ave.
Anchorage, AK 99501

Re: Contract #969214

Dear: Ms. Winton

NorthAmerican Van Lines appreciates your business and this letter is to make you aware that we are awaiting payment in the amount of $372.34 for transportation of your household goods from Melbone, FL to Anchorage, AK

An audit of your paperwork shows total transportation charges of $5796.00 The estimated charges were paid at the time of delivery, leaving the balance due as noted on the enclosed invoice.

Please understand that an estimate can only be an approximation of moving costs, not a guarantee that the charges will be neither more nor less than estimated. Federal regulations mandate that we invoice according to total weight and services performed, regardless of prior rate quotations. For this reason, we audit all paperwork to ensure that the charges are correct. If there are any discrepancies, we must issue a balance due invoice. We are very sorry if the charges are more than you had anticipated, but we would be violating Federal law if we reduced those charges.

Please call 800-348-2111 or NAVLMAIL.COM with any questions or concerns. Otherwise, we look forward to receiving your payment, by check, American Express, Diners Club International, Discover, MasterCard or Visa, at the following address:

> NorthAmerican Van Lines
> PO Box 988
> Fort Wayne, IN 46801-0988

Sincerely,

Credit Administrator

RSDR03
ENCLOSURE
C:





**Susan Winton - Alaskan shipment#969214**

| | |
|---|---|
| **From:** | "Claudia Deneen" <cdeneen@flmove.com> |
| **To:** | <Swinton@hwb-law.com> |
| **Date:** | 6/23/03 8:51 AM |
| **Subject:** | Alaskan shipment#969214 |

Dear Ms. Winton;

I am in receipt of your emails sent to John Fallon, my operations manager. While your shipment originally came into our warehouse and was stored here locally, your final destination went to Alaska. All claims correspondence needs to go through our corporate office if the shipment leaves the state which it was originated in. Your shipment was picked up from an Interstate driver here in Melbourne, Fla.

Please contact our corporate office at 1-800-348-3746 and reference your contract# 969214. They will continue to process your claim.

Thank you,  Claudia Deneen

**northAmerican**

Moving Services

P.O. Box 988 Fort Wayne, IN 46801-0988
**Phone** 260.429.2511
**Internet** www.northamericanvanlines.com

*(#1)*

*1-800-348-2111.*

*adjuster*

*Jenny Followell*

*There is no
Ms. – I've
been
Widowed
18 years.*

MR AND MRS WINTON
909 W 80TH AVE
ANCHORAGE, AK  99518-2420

RE: Contract 969214  Claim 073-0353-1

Dear Mr. and Mrs. Winton,

At this time, all tracing has been negative.  If we do locate the reported missing items,
we will inform you and make every effort to return them to you.

Sincerely,

*15*

North American Van Lines, Inc.

ckj

*(30)*

## Susan Winton

| From: | "Marquie Chalmers" <Marquie.Chalmers@SIRVA.com> |
|---|---|
| To: | <winton@alaska.net> |
| Sent: | Tuesday, July 29, 2003 9:52 AM |
| Subject: | response to 7/22/2003 email to Ruth Daler 073-0353-1 9692140 |

Ms Winton,

We have conducted a trace concerning your missing Pelican case with camera equipment. The results of the trace is negative. If we do locate the reported missing items, we will inform you and make every effort to return them to you.

We have received your claim form in our office. You should be hearing from us within 7-10 working days by mailgram, with the name of your adjuster and how we will be handling your claim.

Sincerely,

Marquie Chalmers
northAmerican Van Lines

11/2/2003

(31)

NORTH AMERICAN VAN LINES, INC.
P. O. BOX 988
FT. WAYNE, IN 46801-0988

07/30/03

CONTRACT:   962214OO
CLAIM:      O73-24O53-1
CUSTOMER:   WINTON

WE RECEIVED YOUR CLAIM AND ASSIGNED A REPAIR SERVICE TO MAKE AN INSPECTION. SOMEONE FROM THAT
SERVICE SHOULD CONTACT YOU DURING NORMAL BUSINESS HOURS TO ARRANGE AN APPOINTMENT. PLEASE HAVE
YOUR BILL OF LADING AND INVENTORIES AVAILABLE FOR INSPECTION. ALSO, IF PACKING DAMAGE IS INVOLVED, PLEASE HAVE
YOUR CARTONS AND PACKING MATERIAL AVAILABLE FOR INSPECTION. PLEASE CALL THE REPAIR SERVICE IF
YOU ARE NOT CONTACTED WITHIN FIVE WORKING DAYS.

REPAIR SERVICE:   CLASSIC FURN. RESTOR        907-563-3305

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT
JENNY FOLLOWELL
800-348-3746

8/12 left v.m.

9/3 per Meg to repair service

SUSAN WINTON
909 W 80 TH AVE
ANCHORAGE AK 99518

(32)

# THE WINDMILL
*Furniture Restoration*

230 E. Potter Rd., Unit 4 • Anchorage, Alaska 99518
(907) 563-4736



## ESTIMATE

SUSAN WINTON
909 W 80TH AVE
ANCHORAGE AK 99518

| QUOTATION NO. | DATE |
|---|---|
|  | 9-10-03 |

| Quantity | Description | Price |
|---|---|---|
| 1 | STEREO CABINET, OAK: TOP IS RUBBED IN MANY AREAS - COLOR & FINISH RUBBED OFF: scuff sand, restore color. Recoat w/ satin lacquer. | 180.00 |
| 1 | ANTIQUE CABINET: 2 CASTER WOODEN WHEELS BROKEN: replace casters w/ similar ones w/ wooden wheels. | 15.00 |
| 1 | TV STAND (PB/VINYL "OAK"): EDGE BANDING PULLED LOOSE: reglue, touch-up | 40.00 |
| 1 | CANE-TOPPED TABLE (SMALL): 1 LEG LOST THREADED INSERT: replace and assemble | 30.00 |
| 1 | PB/VINYL "OAK" BOOKCASE: 1 FRONT TRIM PIECE BROKEN OFF: replace brackets | 15.00 |
| 1 | OCTAGONAL TABLE: 1 LEG TURNING PIECE BROKEN OFF: rejoin wood. Fill cracks and restore color and finish. | 50.00 |
| 1 | BOOK/MAGAZINE RACK: ALL JOINTS HAVE LOOSENED. dismantle. Clean joints and reglue, reassemble and touch up color & finish. | 65.00 |

Jon Sharpe

(33)

This quote is good for one year from date. Work is guaranteed for one year after completion. Payment is due on delivery. Work not paid for within two weeks of notification of completion will be sold.

October 15, 2003

TO:      Carolyn Ream or Jenny Followell
         North American Van Lines

FROM:    Susan Winton

RE:      Copies of Estimate of Damage and Breakage from Jon Sharpe

---

Mr. Sharpe called me yesterday and asked me to send copies again of the estimates that he did on 9/10 and 9/17. He said that you had not received the last set I sent and that you had thrown away the originals that he sent.    I have put the Claim No. and Contract No. on both.    Please do not throw these away again as this claim is still active.

I hope that this claim will be resolved soon. I am anxious to know how you intend to handle the loss of my camera and lenses.

$$\begin{array}{r} 395 \\ 160 \\ \hline 555 \end{array}$$

34

# THE WINDMILL
*Furniture Restoration*

230 E. Potter Rd., Unit 4 • Anchorage, Alaska 99518
(907) 563-4736



SUSAN WINTON
909 W 80TH AVE
ANCHORAGE AK

## ESTIMATE

| QUOTATION NO. | DATE |
|---|---|
| | 9-17-03 |

| Quantity | Description | Price |
|---|---|---|
| 1 | WOODEN CARVED HERON: NECK BROKEN BEAK CHIPPED: dowel neck, (glue +) fill crack. match color | 90.00 |
| 1 | '20'S ERA CROCKERY BOWL: SHATTERED | VERIFIED |
| 2 | SHRIMP COCKTAIL GLASSES: BROKEN | VERIFIED |
| 2 | FANCY CARVED GLASS JUICE GLASSES: BROKEN | VERIFIED |
| 1 | CORNING WARE BAKING DISH IN STRAW BASKET (AMBER): BROKEN | VERIFIED |
| 3 | GLASS CANDLE HOLDERS, DIFFERENT COLORS: BROKEN | VERIFIED |
| 2 | PAT O'BRIEN (NEW ORLEANS) HURRICANE GLASS: BROKEN | VERIFIED |
| 1 | 16 OZ ETCHED LEAF PATTERN GLASS: BROKEN | VERIFIED |
| 1 | POTTERY - SMALL BROWN WATER JAR: TOP SHATTERED | VERIFIED |
| 1 | CARVED WINE GLASS: BROKEN | VERIFIED |
| 1 | CLEAR GLASS PLATTER: BROKEN | VERIFIED |
| 1 | ROY ROGERS STATUE - CERAMIC: BEHEADED | VERIFIED |
| 1 | GLASS SPAGHETTI JAR: BROKEN | VERIFIED |
| 1 | WOODEN BOWL: CRACKED (3-WAY): reglue, shape, match finish. | 70.00 |
| 1 | SAND DOLLAR MOBILE: SEVERAL SAND DOLLARS CRUSHED/BROKEN | VERIFIED |
| | | |
| | 35 | |

This quote is good for one year from date. Work is guaranteed for one year after completion. Payment is due on delivery. Work not paid for within two weeks of notification of completion will be sold.



**northAmerican**
Moving Services

P.O. Box 988 Fort Wayne, IN 46801-0988
**Phone** 260.429.2511
*Internet* www.northamericanvanlines.com

October 20, 2003

Susan Winton
909 W 80th Ave
Anchorage AK  99518

                        RE    Contract 969214
                              Claim    073-0353-1

Dear Ms. Winton:

Thank you for your patience while awaiting review of your claim settlement.

Your claim settlement totals $225.00.  This amount represents the following:

| | | | |
|---|---|---|---|
| Glasses/corning dish | 60 Lbs. | $ | declined-packed by customer |
| Kitchen items | 30 Lbs. | 18.00 | cash settlement |
| Octagon table | 50 Lbs. | 30.00 | cash settlement |
| Stereo cabinet | 100 Lbs. | 60.00 | cash settlement |
| Vases/grandmother bowl | 30 Lbs. | 18.00 | cash settlement |
| Wooden bowl | 30 Lbs. | 18.00 | cash settlement |
| Bookcase | 40 Lbs. | 15.00 | repair allowance |
| China cabinet | 120 Lbs. | | declined |
| Pole lamp | 15 Lbs. | 9.00 | cash settlement |
| End table | 40 Lbs. | 24.00 | cash settlement |
| Dress shoes | 30 Lbs. | 18.00 | cash settlement |
| Camera | 30 Lbs. | | declined |
| Heron figurine | 30 Lbs. | | declined-packed by owner |
| Oriental rug | 60 Lbs. | | declined |
| Framed pictures | 40 Lbs. | | declined-packed by owner |
| TV stand | 25 Lbs. | 15.00 | cash settlement |
| Magazine rack | 20 Lbs. | | declined-climatic |

You requested 60 cents a pound valuation to cover your possessions during your move. Under this provision, our maximum liability is limited to 60 cents times the weight of the item, the cost of repair, the actual cash value, or the amount claimed, whichever is least.

36



**northAmerican**
Moving Services

P.O. Box 988 Fort Wayne, IN 46801-0988
Phone 260.429.2511
Internet www.northamericanvanlines.com

Continued
073-0353-1

Unfortunately, we must decline responsibility for items not packed by North American representatives. We had no control over the packing of these items and no notations of carton damage were made at the time of delivery to show mishandling by North American. (See contract terms on the reverse side of the Bill of Lading limiting liability due to an act of the shipper.) Therefore, I must decline liability on the glasses, corning dish, heron figurine, and framed pictures since there was no carton damage noted at the time of delivery. The second van operator did take exceptions to carton number 54 and 58 as being crushed tops, so I have accepted liability on the size of those cartons.

A review of the shipping documents governing your move indicates your goods were in storage prior to the time the shipment came into our possession. This storage involved a separate contract with Florida Moving and Storage. Any loss or damage, which occurred before the shipment came into our possession, is the liability of that facility. We would suggest you contact the storage facility regarding its possible liability on the china cabinet and missing carton #145. Our records show the china cabinet was damaged before the van-operator loaded it on his van, and this carton not checking off coming out of storage.

As you can appreciate, the purpose of our Household Goods Inventory Listings is to ensure that all items tendered for delivery have been delivered and signed for. This is our basis for accepting and declining liability. The documentation we have on hand indicates that our inventory listings have been checked off and signed for. There were only exceptions to Carton 44, 118, and 145 as missing. A thorough trace has been conducted and we did not find these cartons or the other items you have reported as missing. Therefore, since the customer packed the cartons, I have no way to determine the contents or the value. Therefore, under the valuation coverage you choose on your move, I will have to settle on the weight of the carton and not the contents.

The reported damage on the magazine rack was caused by temperature and humidity changes during your move rather than by mishandling. Because the carrier cannot control changes in weather, we must decline responsibility for this damage. (See contract terms on the reverse side of the Bill of Lading regarding atmospheric changes.)

37



**northAmerican**

Moving Services

P.O. Box 988 Fort Wayne, IN 46801-0988
**Phone** 260.429.2511
**Internet** www.northamericanvanlines.com

Continued
073-0353-1

The repair firm has indicated you have additional items to claim on your move. He also indicated you were going to mail them into our office. On October 14, 2003 I also send an e-mail to you advising I do need a list of the additional items before I can accept any liability. Since I have not received this list, I will complete the settlement on the items I have been advised of. You do have up to nine months from date of receiving your goods to get any supplemental claim in writing into our office. Please make sure if you are claiming these items, we do receive this before your limitation is up.

Our Credit Department has indicated there is still an outstanding balance of $386.99 on your transportation charges. Due to this balance, your claim settlement has been applied to this balance due.

Ms. Winton, thank you for letting me assist you.

Sincerely,

Jenny Followell

Jenny Followell
Certified Claims Analyst
1-800-348-3746 EXT-3541
Hours 8-4:30 CST

c/c 1680 Florida M/S
1007 All Points
1060 St Vrains
1176 St Vrains
Maureen Pendleton
Encl.

38



**northAmerican**
Moving Services

P.O. Box 988 Fort Wayne, IN 46801-0988
Phone 260.429.2511
Internet www.northamericanvanlines.com

October 20, 2003

**C O P Y**

Susan Winton
909 W 80th Ave
Anchorage AK  99518

RE    Contract 969214
Claim   073-0353-1

Dear Ms. Winton:

Thank you for your patience while awaiting review of your claim settlement.

Your claim settlement totals $225.00.  This amount represents the following:

| | | | |
|---|---|---|---|
| Glasses/corning dish | 60 Lbs. | $ | declined-packed by customer |
| Kitchen items | 30 Lbs. | 18.00 | cash settlement |
| Octagon table | 50 Lbs. | 30.00 | cash settlement |
| Stereo cabinet | 100 Lbs. | 60.00 | cash settlement |
| Vases/grandmother bowl | 30 Lbs. | 18.00 | cash settlement |
| Wooden bowl | 30 Lbs. | 18.00 | cash settlement |
| Bookcase | 40 Lbs. | 15.00 | repair allowance |
| China cabinet | 120 Lbs. | | declined |
| Pole lamp | 15 Lbs. | 9.00 | cash settlement |
| End table | 40 Lbs. | 24.00 | cash settlement |
| Dress shoes | 30 Lbs. | 18.00 | cash settlement |
| Camera | 30 Lbs. | | declined |
| Heron figurine | 30 Lbs. | | declined-packed by owner |
| Oriental rug | 60 Lbs. | | declined |
| Framed pictures | 40 Lbs. | | declined-packed by owner |
| TV stand | 25 Lbs. | 15.00 | cash settlement |
| Magazine rack | 20 Lbs. | | declined-climatic |

*Repacked by movers*

*Repacked by movers*

*No climata involved movers have climate controlled Storage*

You requested 60 cents a pound valuation to cover your possessions during your move. Under this provision, our maximum liability is limited to 60 cents times the weight of the item, the cost of repair, the actual cash value, or the amount claimed, whichever is least.

(39)



**northAmerican**

Moving Services

P.O. Box 988 Fort Wayne, IN 46801-0988
Phone 260.429.2511
Internet www.northamericanvanlines.com

Continued
073-0353-1

Unfortunately, we must decline responsibility for items not packed by North American representatives. We had no control over the packing of these items and no notations of carton damage were made at the time of delivery to show mishandling by North American. (See contract terms on the reverse side of the Bill of Lading limiting liability due to an act of the shipper.) Therefore, I must decline liability on the glasses, corning dish, heron figurine, and framed pictures since there was no carton damage noted at the time of delivery. The second van operator did take exceptions to carton number 54 and 58 as being crushed tops, so I have accepted liability on the size of those cartons.

A review of the shipping documents governing your move indicates your goods were in storage prior to the time the shipment came into our possession. This storage involved a separate contract with Florida Moving and Storage. Any loss or damage, which occurred before the shipment came into our possession, is the liability of that facility. We would suggest you contact the storage facility regarding its possible liability on the china cabinet and missing carton #145. Our records show the china cabinet was damaged before the van-operator loaded it on his van, and this carton not checking off coming out of storage.

As you can appreciate, the purpose of our Household Goods Inventory Listings is to ensure that all items tendered for delivery have been delivered and signed for. This is our basis for accepting and declining liability. The documentation we have on hand indicates that our inventory listings have been checked off and signed for. There were only exceptions to Carton 44, 118, and 145 as missing. A thorough trace has been conducted and we did not find these cartons or the other items you have reported as missing. Therefore, since the customer packed the cartons, I have no way to determine the contents or the value. Therefore, under the valuation coverage you choose on your move, I will have to settle on the weight of the carton and not the contents.

The reported damage on the magazine rack was caused by temperature and humidity changes during your move rather than by mishandling. Because the carrier cannot control changes in weather, we must decline responsibility for this damage. (See contract terms on the reverse side of the Bill of Lading regarding atmospheric changes.)





P.O. Box 988 Fort Wayne, IN 46801-0988
Phone 260.429.2511
Internet www.northamericanvanlines.com

**northAmerican**
Moving Services

Continued
073-0353-1

The repair firm has indicated you have additional items to claim on your move. He also indicated you were going to mail them into our office. On October 14, 2003 I also send an e-mail to you advising I do need a list of the additional items before I can accept any liability. Since I have not received this list, I will complete the settlement on the items I have been advised of. You do have up to nine months from date of receiving your goods to get any supplemental claim in writing into our office. Please make sure if you are claiming these items, we do receive this before your limitation is up.

Our Credit Department has indicated there is still an outstanding balance of $386.99 on your transportation charges. Due to this balance, your claim settlement has been applied to this balance due.

Ms. Winton, thank you for letting me assist you.

Sincerely,

Jenny Followell

Jenny Followell
Certified Claims Analyst
1-800-348-3746 EXT-3541
Hours 8-4:30 CST

c/c 1680 Florida M/S
1007 All Points
1060 St Vrains
1176 St Vrains
Maureen Pendleton
Encl.



North American Info:

Loaded 5/1/03
Deliver between 5/21 and 6/11 Ref#96921400
800-348-2111

Problems With Load:

1.     Boxes were re-packed?

2.     Fish were in bar cabinet, taped shut instead of in plastic containers they were picked up in.

3.     I paid $30 for a crate to be built for my Tiffany shade that arrived in a cardboard box with styroform.

4.     Damage to the top of my stereo, all across the top where it had been insufficiently protected.

5.     Wardrobe box arrived damaged on top with two framed pictures inside with absolutely no protection and clothes hangers in the bottom of the box.

6.     One box I opened had kitchen, garage and my clothing all mixed together.  That did not happen when load was picked up for storage.

7.     Small two-shelf table was taken apart into 14 pieces.  No need as it would have fit into a box easily.

8.     Antique china cabinet had a broken wooden wheel that had been tossed inside.

9.     Glass entertainment center pulled stripping off of the side and dented the upper left corner of the unit.

10.    Wooden hand-carved heron that I had put into one of the wardrobes that I packed, was repacked with a piece of cardboard around it and they broke the neck off which is over an inch thick.

11.    Wooden Goose had a broken foot off of it that I repaired myself.

12.    I have two metal standing lamps that they took one entirely apart and left the other one together.

13.    Wooden bowl that was broke with a crack 2 to 3 inches down one way and then across 2 or 3 inches.



14.    Several glasses, wine glasses and dessert glasses shattered.  One of the bowls shattered was a family heirloom from my deceased grandmother.  Also I had a very old "lone ranger" figurine that my father gave me to keep in the family, with his head broken off.

15.    Found the thread holder (1/4 inch thick) of my portable sewing machine broke off at the base, while there was a hard plastic cover over the machine.   This I had repaired myself.

16.    Found my brown vase in one box with broken lip around the top and when I opened a different box I found the broken pieces to that vase.  There is no explanation for that other than the boxes had been gone through and re-packed.


MISSING:

Camera case with camera, two lenses and various attachments purchased at $6,500, replacement value of $8,700.

Box of kitchen items: waffle iron, turkey pan with lid, two plug-in timers, various spatulas and a green plastic colander.

Three or four boxes on the inventory never showed up.  But then there were a couple of boxes that were delivered with no inventory stickers on them at all.

ITEM NOT MINE:

Cheap white clothes hamper that arrived with my shipment wasn't mine.

43

*July 23, 2003*

To:     North American Claims Department
        Attn: Marque

This letter is an attachment to claim form. It would be impossible for me to give you an inventory number since eight of the boxes I received had no number on them, indicating that my things had been repacked after they were packed in my presence. And the empty boxes were picked up before I received the claim form indicating that I needed to keep the boxes that damaged goods were in.

I am going to enclose copies of emails, photos of damaged goods and a purchase invoice for my camera and lenses of 1993. When I bought the camera the costs were $6,500. The current replacement values are $8,387. I am still waiting to hear the results of your trace on my shipment and although I have repeatedly asked where and when my shipment was removed from the crates they were packed in, no one will advise me. I know that the shipment was originally loaded in Melbourne, Florida and unloaded in Longview, CO before being loaded and sent to Anchorage. For two months I have been asking for this information and have been ignored.

The missing things that I can remember are the following:

Waffle iron, large turkey pan with lid, 2 plug in kitchen timers (all in the same box)
Box of dress shoes are missing, including hip boots.

I did have a 6X8 green oriental rug with non-skid pad that was on an estimate I got from Sorenson's Moving but didn't get on the inventory with North American.

Most of my claim is centered around the loss of my camera and its attachments. That camera alone is more expensive than the whole shipment, so you can see why I am upset about its loss. In this whole process, not one person has mentioned to me anything about excessive value items. My things went into wooden crates and I was informed they would be shipped that way. I had no reason to believe that they would be uncrated and repacked.

The other part of my claim is for damages. The pictures will give you an indication of my damage. My stereo has deep impressions all along the top because it was not properly padded. My standing heron figure was completed severed and it is over an inch thick. I have had to glue and repair a lot of things that I haven't even mentioned.

One other thing: I originally paid an additional $30 for a wooden crate to be built to ship my tiffany lamp shade. It arrived in a cardboard box with styrofoam around it. I feel that charge should be reimbursed. Also, I received an additional statement from your office in the amount of $372.34. on June 20, 2003. I have to tell you that that amount is not about to be paid until something is done about the recovery of my camera. I am sure you can understand my decision about this.

44

Please consider this my claim.  I expect to hear something in the near future regarding the trace on my camera and your evaluation of my claim.

Sincerely,

Susan Winton

45

## Susan Winton - Shipment for Susan Winton

**From:** Susan Winton
**To:** jfallon@flmove.com
**Subject:** Shipment for Susan Winton

Dear Mr. Fallon,

I have just finished unpacking and have checked my belongings at least three times for missing and damaged goods. It took that long because things were stacked up against the walls, all the way to the ceiling and it took me awhile to get them down and sorted. This is what I found:

1. First and foremost on my list is a $6,500 camera, two lenses, and various attachments that were in a gray plastic air-tight/water-tight case (commonly known at a Pelican case which is about the size of a suitcase). These were purchased in 1993 and I have the receipts and serial numbers of all items. There were 6 items in that case. I have lost a great deal of sleep over this particular missing item. It was listed as a plastic tote.

2. I am very upset over the fact that someone has gone through several of my boxes and either repacked or moved things. I know this to be true because I have a craft business on the side where I make fish out of material and someone has taken them out of the plastic bin they were in and put them into a 3-shelve cabinet and tapped the doors together. There was no reason for that and if it was meant as a joke, I am not laughing. I also found a broken vase in one box and the next day when I opened a different box I found the broken pieces. That doesn't make any sense to me. Also I found garage stuff like paint brushed in with my clothes and some kitchen items all in the same box. No one would have ever packed like that.

3. I have two standing lamps. They took one totally apart and left the other one in one piece. That doesn't make sense to me either.

4. A small end table I have they took completely apart and now the I have a broken leg that won't stay on.

5. I had put a 3 foot carved/painted herron into a wardrobe box to protect it. Someone has taken it out and wrapped it in cardboard and the neck is now broken. The neck was over an inch thick so it had to have had a great deal of pressure on it to break it.

6. My console stereo on the other hand obviously didn't get any or enough padding because it has indentations all over the top of the cabinet. I tried to polish them out but they are too deep.

7. My antiquie china cabinet has wooden wheels. They never covered or padded them and apparently they broke a wheel and just threw it inside.

8. There was one wardrobe box that was crushed on top and all it had in it was two of my framed pictures with no wrapping or protection, some hangers and a couple of pieces of clothing. That was never packed that way and I am extremely surprised that they made it through without breaking.

9. On the other hand there were boxes that showed no signs of being crushed and they had pictures with broken glass.

10. The first box I opened had five pieces of glass crystal broken. That is not exactly the way to start an unpacking project. It made me very upset because some of things I found broken were things that belonged to my deceased grandmother and can never be replaced.

11. There are 3 to 4 boxes/plastic bins that are missing. I know one of those is a box of shoes because I have been looking for a pair of hip boots and all of my dress shoes. Another has to be kitchen because I am missing a waffle/pancake iron and a dark blue turkey roaster pan with lid.

12. They did try to deliver a white hamper to me that was not mine. Which makes me wonder what happened to my things.

13. I had various other things broken that are too numerous to mention.

This load was originally loaded from my storage area on 3/7/02. It was packed into wooden crates on a truck and I was told it would be shipped that way. If I had known they were going to go through things and repack stuff I would have made sure all the boxes at least had my name on them. There were boxes that came off the truck in Anchorage with no number, no name and it was impossible to figure out where they were on the inventory list.

14. Additionally, I was charged $30 for a crate to be built for a tiffany lampshade I have, which was paid for on 3/4/02 (in the $511 pick up charge). When the lampshade got here it was in a cardboard box with styerfoam. I think that charge needs to be reimbursed.

I am really upset over the camera and the fact that someone has gone through my things, especially when there didn't seem to be any reason for it. In some instances it appears suspicious. I am just sick inside worrying about this. I am alone and have had to try to lift and go things on my own.

I would like to talk to you as soon as possible regarding this move. Tracy said she would pull the file and she gave me your email. At the very least I think a diligent search should commence immediately. I want my camera back and my missing boxes. If you need the camera info and serial numbers I can provide them. As far as the missing boxes, your guess is as good as mine since things were repacked without my knowledge and delivered without packing numbers or identification. I wish someone had told me they were going to take everything out of the wooden crates they were loaded into. I would have insisted that they at least mark them with my name on them.

We have a 4 hour time difference from Florida to Alaska. I can be reached either at home 907-344-4511 or at work, Holmes, Weddle & Barcott, 907-274-0666. Please make every effort to locate my camera.

**From:**       Robert Storm
**To:**         Susan Winton
**Date:**       6/9/03 9:30AM
**Subject:**    Email for you

Susan, the email below was trapped by our spam blocker. It is from  JFALLON@FLMOVE.COM

RS

This is a multi-part message in MIME format.

------_=_NextPart_001_01C32EAC.46F084EA
Content-Type: text/plain;
        charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

I am truly sorry to here of the condition of your good when the arrived
in Alaska .I will look into what happened on this end of the move and
corresponded with our corporate office that will be handling your claim.
I have sent you a claim form please fill it out and return it to north
American van lines ASAP so they can start processing your claim .I do
apologize for the condition your good arrived in and will follow up with
my warehouse personnel to find out what happened.

-----Original Message-----
From: Susan Winton [mailto:Swinton@hwb-law.com]
Sent: Monday, June 09, 2003 12:22 PM
To: John Fallon
Subject: Shipment for Susan Winton

Dear Mr. Fallon,

        I have just finished unpacking and have checked my belongings at
least three times for missing and damaged goods.  It took that long
because things were stacked up against the walls, all the way to the
ceiling and it took me awhile to get them down and sorted.  This is what
I found:

        1.  First and foremost on my list is a camera,  two lenses, and
various attachments purchased in 1993 for $6,500 that were in a gray
plastic air-tight/water-tight case (commonly known at a Pelican case
which is about the size of a suitcase).   These were purchased in 1993
and I have the receipts and serial numbers of all items.  There were 6
items in that case.    I have lost a great deal of sleep over this
particular missing item.  It was listed as a plastic tote.

        2.  I am very upset over the fact that someone has gone through
several of my boxes and either repacked or moved things.  I know this to
be true because I have a craft business on the side where I make fish
out of material and someone has taken them out of the plastic bin they
were in and put them into a 3-shelve cabinet and tapped the doors
together.  There was no reason for that and if it was meant as a joke, I



## Susan Winton - Claim of Susan Winton

**From:**    Susan Winton
**To:**      jfallon@flmove.com
**Subject:** Claim of Susan Winton

Mr. Fallon,

I received in the mail today the claim form you sent. Thank you. However, I question whether or not that is appropriate since I cannot give you inventory numbers on the boxes that had no numbers on them or had been repacked without my knowledge. Of the missing boxes and of course my camera (that looks like a gray plastic suitcase) the inventory description isn't clear whatis inside.   All I put on the list when I checked things off was "can't find".

 I would like to know if anyone is searching for my camera or the missing boxes at this moment? I fear the longer time goes on the less chance of recovering them.

I will complete this form to the best of my knowledge and I will also enclose copies of receipts of the purchase of my camera and serial numbers from B&H Camera in New York.

North American picked up the boxes before I was aware of the fact that I would need to keep them for inspection. I hope that will not be a problem.

This whole situation is extremely stressful for me as I keep hoping that the missing camera and boxes will show up. Please tell me what the odds are of that happening so I might sleep at night.  Is anyone looking for them now?  Please advise.

Unfortunately, the other thing that troubles me is that I was told things were going to stay in the wooden crates they were loaded in, and of course they didn't.  I would have put my name and phone number on them if I had been advised of the fact that they were going to unpack my things.

And thirdly, what can be done about the fact that they unnecessarily repacked my things?  It felt like an invasion of privacy when I started unpacking boxes that were packed so strangely (i.e., garage stuff with kitchen and my clothing all in one box).
I was like someone was just throwing things in different boxes after they had taken them all apart.  Very suspicious.

 I would also like to know where my things were unpacked?  In Florida or in Colorado?  Because I know that they were covered in dust from the Alaska highway so it wasn't touched after Colorado and there was only a car on the other side of the 48' van that arrived at my door.

If you could be so kind as to check into my inquiries and let me know back I would appreciate it. In the meantime, I will complete the form and send it out asap. I see it goes to Ft. Wayne, Indiana. Does that mean that no one is looking for my things in either Florida or Colorado?  I still am hopeful that something like my camera will show up. Please advise.

Susan Winton



## Susan Winton - Re: Alaskan shipment#969214

**From:**     Susan Winton
**To:**       "cdeneen@flmove.com".GWIA.GW5_ANC
**Subject:**  Re: Alaskan shipment#969214

Claudia, thank you for getting back to me. I am aware that the shipment originated in Melbourne and shipped to Alaska. I was present when it was packed at my storage facility. The question I have is when did it get taken out of the wooden boxes it was packed in? And where, Melbourne or in Longview, CO? That may help me determine where to look for missing things.

I am still trying to get a list of missing and damaged goods. I have requested a pricing catalog from the camera warehouse I purchased my camera from. I paid $6,500 in 1993 but I am sure its replacement value is considerably more now. I also want to know is anyone is looking for that gray hard plastic case. Do you have a "lost and found" or "unclaimed merchandise" where it might be sitting? It is very important to me to find these things out. Considering the value of the camera and the contents of the case, I would hope that someone would be honest enough to not confiscate my camera. Could you please check on this and let me know back ASAP.

In the meantime, I will contact your corporate office at the number you gave me. I just thought maybe Melbourne would know what happened to my things. They left me in four wooden crates and arrived all scattered, I just want to know how that happened.

Thank you.

>>> "Claudia Deneen" <cdeneen@flmove.com> 06/23/03 08:49AM >>>
Dear Ms. Winton;

I am in receipt of your emails sent to John Fallon, my operations manager. While your shipment originally came into our warehouse and was stored here locally, your final destination went to Alaska. All claims correspondence needs to go through our corporate office if the shipment leaves the state which it was originated in. Your shipment was picked up from an Interstate driver here in Melbourne, Fla.

Please contact our corporate office at 1-800-348-3746 and reference your contract# 969214. They will continue to process your claim.

Thank you, Claudia Deneen

about:blank



6/23/03

**Susan Winton - Ref No. 9692140**

**From:**    Susan Winton
**To:**      fwarsdclaims@navl.com
**Subject:**  Ref No. 9692140

To: Marque

I spoke to you on July 1st regarding loss and damage to my shipment. I am most particularly interested in the recovery of my Mamiya Camera equipment that was in a gray plastic airtight/watertight( Pelican) case . Also, there were additional missing boxes you were going to try to locate. You were going to put a trace on my shipment and let me know back. I have heard nothing since July 1st.

I have nearly finished the claim and will be mailing it out tomorrow. I have enclosed copies of the information regarding the camera in question along with copies of photos I have taken of my damaged furniture and items, as well as a list of missing things.  I have also gotten current replacement values on the camera case and its contents for your review.

I am still trying to discern at what location my furnishings were taken out of the sealed crates.  Please advise as soon as possible.

Thank you,

Susan Winton
(This is my work email and the phone number here is 907-274-0666
 if you need to reach me during the day, otherwise I will be home.)

about:blank



7/22/03

REMOVE MAILING LABEL AT DOTTED LINE
PLEASE USE MAILING LABEL PROVIDED

CLAIM SERVICES
PO BOX 80697
FT WAYNE IN 46898-0697

CLM

PLEASE IDENTIFY WHICH APPLIES TO YOUR SHIPMENT
☐ 60¢ per pound per article
☐ Depreciated Value Protection $
☐ Maximum Value Protection $
DEDUCTIBLE    ☐ No  ☐ $250  ☐ $500  ☐ Other
SHIPMENT STORED AT
CARTONS PACKED BY
☐ SELF  ☐ AGENCY  (LIST BELOW)

LOAD DATE        DELIVERY DATE

STORAGE ITEM
DATES
REFERENCE NO.

96921400

WINTON
909 W 80 TH AVE
ANCHORAGE AK 99518

NORTH AMERICAN VAN LINES, INC.
P.O. BOX 80697
FT. WAYNE, IN 46898-0697

FOR QUICKER RESPONSE, PLEASE
FILE AT WWW.NAVL.COM

| INVEN-TORY NO. | ARTICLE / MAKE / MODEL | DESCRIPTION OF DAMAGE | EST. WEIGHT | ORIG. COST | DATE ACQUIRED | AMOUNT REQUESTED |
|---|---|---|---|---|---|---|
| | See attached paperwork | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

I certify that any reported shortage has not been received from any other source and attest that the statements made above and the documents attached are true and correct; constituting the complete and entire claim, and that no material information has been withheld from the carrier.

CUSTOMER SIGNATURE _____    DATE 7-23-03

IF THIS CLAIM IS RECEIVED MORE THAN 9 MONTHS AFTER
DELIVERY, WE CANNOT CONSIDER IT.

PLEASE VERIFY YOUR NAME AND ADDRESS FOR OUR RECORDS. MAKE CORRECTIONS WHERE NECESSARY →

SEE REVERSE SIDE OF SECOND PAGE FOR INSTRUCTIONS.
RETURN ORIGINAL. IF MAILING, PLACE THE ATTACHED MAILING LABEL ON
YOUR ENVELOPE. KEEP YOUR COPY.

51

TO PLACE ORDERS:
1-800-947-9950 • FAX (212) 242-1100
PRICING & GENERAL INFORMATION:
(212) 807-7474
CUSTOMER SERVICE & ORDER INQUIRY ONLY:
(212) 807-7479 • 1-800-221-5743

**B&H PHOTO-VIDEO**
420 NINTH AVE.
119 WEST 17TH STREET
NEW YORK, N.Y. 10011
TEL: (212) 807-7474

**The Professional's Source.**

CUSTOMER COPY

**INVOICE #**
4996580

**DATE**
DEC 28, 1993

| SOLD TO | SHIP TO |
|---|---|
| SUSAN WINTON<br>POB 111765<br>ANCHORAGE , AK 99511 | SUSAN WINTON<br>30 E MELBOURNE AVE<br>MELBOURNE FL 32901 |

CREDIT CARD INFORMATION  4271 3824 1425 4918 EXP  1195 A/D 1228 A/N 716650 S.  $661.35

| PHONE # | PO # | TERMS | SALESMAN | PICKER | PACKER | NO. OF CARTON |
|---|---|---|---|---|---|---|
| 9073456891 | | C/C | 248 | | | |

| LINE # | QTY ORDER | QTY SHIP | BACK ORDER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 1 | ADD | | MAMIYA RZ MARZ2  #212200  #MF3028<br>RZ PROFESSIONAL II BODY  3028 | *1599.00 | 1599.00 |
| 2 | 1 | 1ADD | | MAMIYA RZ MA14045MLARZ2 #212378 001415<br>140MM F/4.5 L-A MACRO F/RZ67/PRO II LENS 1415 | 1540.00 | 1540.00 |
| 3 | 1 | 1 ADD | | MAMIYA RZ MAFAERZ2  #212407<br>RZ PRO II AE PRISM FINDER  MF5081 | 999.00 | 999.00 |
| 4 | 1 | ADD | | MAMIYA RZ MAGLRZ  #212550<br>L GRIP (RZ) | 189.00 | 189.00 |
| 5 | 1 | ADD | | MAMIYA RZ MAFB0120RZ2 #212101<br>RZ PRO II 120 MAGAZINE  MF4608 | 533.00 | 533.00 |
| 6 | 10 | 10 | | FUJI FILM FURDP120  #02301307<br>RDP 120 FUJICHROME PROF 100  FILM | 3.25 | 32.50 |
| 7 | 10 | 10 | | FUJI FILM FUV120  #02301207 FILM<br>RVP 120 FUJICHROME VELVIA PROF 50 | 3.85 | 38.50 |
| 8 | 1 | 1 | | PELICAN B PE1600S  #1600S<br>KING CASE W/ FOAM - SILVER | 99.95 | 99.95 |

CONTINUED ON NEXT PAGE
CONTINUED ON NEXT PAGE
CONTINUED ON NEXT PAGE
CONTINUED ON NEXT PAGE

SEE REVERSE SIDE FOR IMPORTANT LIABILITY/WARRANTY INFORMATION

| % TAX | SALES TAX | SHIP. HAND & INS. | C.O.D. CHARGE | TOTAL | AMOUNT PAID | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

USE THIS HANDY PERSONALIZED

**B**UY

**A**ND

**T**RADE

**COUPON**

If you wish to remain on our active mailing list please advise us of any change of address.

Do we have your correct name and address?

I HAVE THE FOLLOWING ITEMS THAT I
WISH TO BUY ☐ SELL ☐ TRADE ☐

DESCRIPTION _____

_____

_____

SERIAL # _____

PHONE # _____ DATE _____

TO PLACE ORDERS.
1-800-947-9950 • FAX (212) 242-1400    Case 212-cv-00215-TMB
**PRICING & GENERAL INFORMATION:**
(212) 807-7474
**CUSTOMER SERVICE & ORDER INQUIRY ONLY:**
(212) 807-7479 • 1-800-221-5743

**B&H PHOTO-VIDEO**
**The Professional's Source.**

119 WEST 17TH STREET
NEW YORK, N.Y. 10011
TEL: (212) 807-7474

**CUSTOMER COPY**
214  0  0
0001458

**INVOICE #**
4996580

**DATE**
DEC 28, 1993

SOLD TO
SUSAN WINTON
POB 111765
ANCHORAGE    , AK  99511

SHIP TO
SUSAN WINTON
30 E MELBOURNE AVE
MELBOURNE    FL  32901

*CREDIT CARD INFORMATION* 4271 3824 1425 4918 EXP 1195 A/D 1228 A/N 716650 S    $661.35

| PHONE # | PO # | TERMS | SALESMAN | PICKER | PACKER | NO. OF CARTON |
|---|---|---|---|---|---|---|
| 9073456891 | | C/C | 248 | | | |

| LINE # | QTY ORDER | QTY SHIP | BACK ORDER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 9 | 1 | *1ADD* | | MAMIYA RZ MA654LARZ #212376 #001261 | *1540.00 | 1875.00 |
| | | | | 65MM F/4 L-A F/RZ67/RZ PRO II | | 1540.00 |
| | | | | *LENS* | | |
| | | | | ORDER SUBTOTAL    001261 | | $570.95 |
| | | | | | | |
| | TOTAL PIECES: _____ 27 | | | CHECKED BY: H | | |
| C.O.D. | C.O.D. | C.O.D. | C.O.D. | C.O.D. | | |
| | | | | B L U E  L A B E L | | |
| | | | | also: Quadra Polaroid | | 559.00 |

SEE REVERSE SIDE FOR IMPORTANT LIABILITY/WARRANTY INFORMATION

| % TAX | SALES TAX | SHIP. HAND & INS. | C.O.D. CHARGE | TOTAL | AMOUNT PAID | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | 85.40 | 5.00 | 6661.35 | 661.35 | 6000.00 |

USE THIS HANDY PERSONALIZED

**BUY**

**AND**

**TRADE**

**COUPON**

If you wish to remain on our active mailing list please advise us of any change of address.

Do we have your correct name and address?
4996580
(907) 545-6891)

USE C.O.D. TAG
USE C.O.D. TAG

**I HAVE THE FOLLOWING ITEMS THAT I WISH TO  BUY ☐ SELL ☐ TRADE ☐**

DESCRIPTION _____

_____

_____

SERIAL # _____

PHONE # _____  DATE _____