**Clay A. Young**
**Delaney, Wiles, Hayes,**
**Gerety, Ellis & Young, Inc.**
**1007 W. Third Avenue, Suite 400**
**Anchorage, Alaska  99501**
Telephone: (907) 279-3581
Fax:  (907) 277-1331
E-mail:  cay@delaneywiles.com
**Attorneys for Defendants**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **SUSAN L. WINTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | Case No.  3:05-cv-0215-TMB |
| ) | |
| **NORTH AMERICAN VAN** ) | |
| **LINES, INC., and FLORIDA** ) | |
| **MOVING SYSTEMS, INC.** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE TO COURT REGARDING SETTLEMENT OF ALL CLAIMS

Now come the Defendants, North American Van Lines, Inc. and Florida Moving Systems, Inc. (hereinafter and collectively, the "Defendants"), by and through their attorneys, Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc., and notify the Court that the parties have reached a mutually agreeable settlement of all issues raised in this case.  The parties will file a motion to dismiss all claims with prejudice once the settlement has been finalized.

DATED:    February 24, 2006

        Respectfully submitted,

        DELANEY, WILES, HAYES,
        GERETY, ELLIS & YOUNG, INC.
        Attorneys for Defendants

        s/Clay A. Young
        1007 W. Third Avenue, Suite 400
        Anchorage, Alaska 99501
        Telephone: (907) 279-3581
        Fax: (907) 277-1331
        E-mail: cay@delaneywiles.com
        AK Bar Assoc. No. 7410117

**Certificate of Service**

I hereby certify that on February 24, 2006, a copy of the foregoing Notice to Court Regarding Settlement of All Claims was served by regular U.S. mail on:

Susan L. Winton, Pro Se
909 West 80th Avenue
Anchorage, AK 99518

s/ Clay A. Young
Clay A. Young #7410117
114121

Notice to Court Regarding Settlement of All Claims
Winton v. NorthAmerican Van Lines, Inc., et al., Case No. Case No. 3:05-cv-0215-TMB
Page 2 of 2