Clay A. Young
**Delaney Wiles, Inc.**
**1007 W. Third Avenue, Suite 400**
**Anchorage, Alaska  99501**
Telephone: (907) 279-3581
Fax:  (907) 277-1331
E-mail:  cay@delaneywiles.com
**Attorneys for Defendants**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SUSAN L. WINTON, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No.  3:05-cv-0215-TMB |
| | ) |
| NORTH AMERICAN VAN LINES, INC., and FLORIDA MOVING SYSTEMS, INC. | ) |
| | ) |
| Defendants. | ) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between *pro se* plaintiff, Susan L. Winton, and Delaney Wiles, Inc., counsel for defendants, North American Van Lines, Inc., and Florida Moving Systems, Inc., that this matter shall be dismissed with prejudice, with the above-named parties bearing their own costs and attorneys' fees.

Dated:  4-3-06                              Susan L. Winton
                                             Susan L. Winton
                                             Plaintiff

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

DELANEY WILES, INC.
Attorneys for Defendants

Dated: 4-4-06

s/Clay A. Young
1007 W. Third Avenue, Suite 400
Anchorage, Alaska 99501
Telephone: (907) 279-3581
Fax: (907) 277-1331
E-mail: cay@delaneywiles.com
AK Bar Assoc. No. 7410117

**Certificate of Service**
I hereby certify that on April 4, 2006, a copy of this document was served by regular U.S. mail on:

Susan L. Winton, Pro Se
909 West 80th Avenue
Anchorage, AK 99518

s/Clay A. Young

115442

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Stipulation for Dismissal with Prejudice
Winton v. NorthAmerican Van Lines, Inc., et al., Case No. 3:05-cv-0215-TMB
Page 2 of 2